**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Brain Synergy Institute, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Cerebrum Health Centers** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  5 – 5  5  3  3  4  2  3 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11511 Luna Road**<br>Number    Street | _____<br>Number    Street |
| **Suite 100** | _____<br>P.O. Box |
| _____ | |
| **Farmers Branch**      **TX**    **75234-6022**<br>City              State    ZIP Code | _____<br>City          State   ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____ |
| | _____<br>City          State   ZIP Code |

5. **Debtor's website (URL)** — **www.cerebrum.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Brain Synergy Institute, LLC**  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__ __2__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
        MM / DD / YYYY
        District _____ When _____ Case number _____
        MM / DD / YYYY
        District _____ When _____ Case number _____
        MM / DD / YYYY

Debtor **Brain Synergy Institute, LLC**        Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |

List all cases. If more than 1, attach a separate list.

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

<hr>

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Brain Synergy Institute, LLC**                                    Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/04/2018**__
MM / DD / YYYY

X  **/s/ Misty W. Gilbert** _____          **Misty W. Gilbert** _____
Signature of authorized representative of debtor          Printed name

Title **Chief Operating Officer** _____

| 18. | Signature of attorney | X  **/s/ David L. Campbell** _____          Date __**04/04/2018**__ |
|---|---|---|
| | | Signature of attorney for debtor                              MM / DD / YYYY |

**David L. Campbell** _____
Printed name

**Underwood Perkins, P.C.** _____
Firm name

**5420 LBJ Freeway** _____
Number          Street

**Suite 1900** _____

**Dallas** _____          **TX**          **75240** _____
City                                        State          ZIP Code

**(972) 661-5114** _____          **dcampbell@uplawtx.com** _____
Contact phone                              Email address

**03698500** _____          **TX** _____
Bar number                                State

**Fill in this information to identify the case**

Debtor name    **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

2. **Cash on hand**       **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account** | **Checking account** | 1 2 6 6 | $1,984.41 |
| 3.2. **Savings account** | **Savings account** | 6 3 2 2 | $50.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$2,034.41**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **Brain Synergy Institute, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1. | **Lexington Lion Farmers Branch, LP (Security Deposit)** | | **$39,060.50** |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1. | **Tail Insurance Coverage with Chiro Secure (2018-2019)** | | **$11,277.86** |
| 8.2. | **Employee Health Insurance for a Broker (Orchestrate HR April 2018)** | | **$5,039.18** |
| 8.3. | **Prepayment to BOX.** | | **$335.79** |
| 8.4. | **Prepayment to Quickbooks.** | | **$89.55** |
| 9. | **Total of Part 2.** <br> Add lines 7 through 8. Copy the total to line 81. | | **$55,802.88** |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | $212,932.65 | – | $55,746.65 | = ............. ➔ | $157,186.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $1,279,676.53 | – | $1,145,804.65 | = ............. ➔ | $133,871.88 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3** <br> Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$291,057.88** |
|---|---|---|

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| 15.1. | **Carrick Brain Centers of Atlanta, LLC** | **100%** | **Unknown** |
| 15.2. | **Carrick Brain Centers of North Texas, LLC** | **100%** | **Unknown** |

Debtor    **Brain Synergy Institute, LLC**          Case number (if known) _____
       Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | MM/DD/YYYY | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |
| **Nutritional and Medical Supplements.** | 03/19/2018 | $6,044.68 | Retail Price | $6,044.68 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$6,044.68** |

24. **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

Debtor    **Brain Synergy Institute, LLC**          Case number (if known) _____
       Name

**34. Is the debtor a member of an agricultural cooperative?**
- ☑ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☑ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Medical Supplies, Tech Supplies, and Office Supplies (See attached BOOK VALUE inventory for reference)** | **$1,372,465.00** | **Retail Value** | **$300,000.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

         **$300,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Medical Supply Item | # Available | Location | Est. Retail Price | Value |
|---|---|---|---|---|
| RPSS Sierra Caldwell (3 Broken) | 6 | C | $25,000.00 | $150,000.00 |
| RPSS- Chatanooga Tower | 2 | C | $2,000.00 | $4,000.00 |
| Centrifuge (Owned by Labs) | 2 | C | $0.00 | $0.00 |
| Portable VNG + Laptop (Micromedical) | 1 | C | $20,000.00 | $20,000.00 |
| Interacoustics VNG | 2 | C | $20,000.00 | $40,000.00 |
| Caloric | 1 | C | $1,000.00 | $1,000.00 |
| CAPS | 2 | C | $21,000.00 | $42,000.00 |
| Sunny Health Fitness Vibration Plate | 1 | C | $300.00 | $300.00 |
| Neurocom Long Force Plate- Balance Master | 1 | C | $15,000.00 | $15,000.00 |
| SVI | 3 | C | $10,000.00 | $30,000.00 |
| OVARD | 5 | P/C | $140,000.00 | $700,000.00 |
| Welch Allyn | 7 | C | $2,000.00 | $14,000.00 |
| Lloyd Table- Hi-Lo Table (2 Broken) | 6 | C | $8,000.00 | $48,000.00 |
| Lloyd Table- Flat Bench | 5 | C | $1,000.00 | $5,000.00 |
| Rebuilder | 3 | C | $500.00 | $1,500.00 |
| SP O2 | 2 | C | $50.00 | $100.00 |
| Compressed O2 | 3 | C | $700.00 | $2,100.00 |
| Airex Pad | 3 | C | $50.00 | $150.00 |
| Misc. Wooden Blocks | 12 | C | $25.00 | $300.00 |
| Exam Equipment (Misc stethoscope, pinwheel, etc) | 2 | C | $25.00 | $50.00 |
| Panoptic Opthalmoscope (Broken) | 1 | C | $500.00 | $500.00 |
| Cases Colored Glasses (multiple missing pieces) | 2 | C | $300.00 | $600.00 |
| Prism Glasses | 1 | C | $100.00 | $100.00 |
| Wheelchair | 2 | C | $50.00 | $100.00 |
| Scale | 4 | C | $50.00 | $200.00 |
| Hoyer Lift | 2 | C | $5,000.00 | $10,000.00 |
| Massage Chair | 4 | C | $750.00 | $3,000.00 |
| Bosu Ball | 3 | C | $100.00 | $300.00 |
| Colloidal Silver Cases | 11 | C | $300.00 | $3,300.00 |
| Relaxation Chairs | 13 | C | $4,000.00 | $52,000.00 |
| Blood Draw Chairs (not owned by Cerebrum) | 6 | C | $0.00 | $0.00 |
| Foot Leveler (loaned from company) | 1 | C | $0.00 | $0.00 |
| Marketing Banner | 1 | C | $1,000.00 | $1,000.00 |
| Cognison System (not owned) | 1 | C | $0.00 | $0.00 |
| Erchonia PL Touch Cold Laser | 1 | C | $12,500.00 | $12,500.00 |
| Walker | 1 | C | $50.00 | $50.00 |

| | | | | |
|---|---|---|---|---|
| Trampoline | 1 | C | $100.00 | $100.00 |
| 6x6 PT Table | 1 | C | $400.00 | $400.00 |
| Adjusting Table | 1 | C | $1,000.00 | $1,000.00 |
| Exam Table | 1 | C | $750.00 | $750.00 |
| Med Fridge | 2 | C | $500.00 | $1,000.00 |
| Neurocom Balance Manager | 2 | C | $20,000.00 | $40,000.00 |
| | | | Subtotal | $1,200,400.00 |
| **Tech Supply Item** | **# Available** | | | |
| Server with Racks and Boards | 1 | C | $500.00 | $500.00 |
| iPad Stands | 6 | C | $20.00 | $120.00 |
| iPads | 4 | C | $100.00 | $400.00 |
| 30" TV | 1 | C | $50.00 | $50.00 |
| 40" TV | 5 | C | $100.00 | $500.00 |
| 49" TV | 7 | P/C | $150.00 | $1,050.00 |
| 70" TV | 3 | C | $250.00 | $750.00 |
| 20" iMac | 12 | C | $1,000.00 | $12,000.00 |
| Desktop Computer Towers, old and outdated | 18 | C | $400.00 | $7,200.00 |
| Desktop Monitor | 14 | C | $100.00 | $1,400.00 |
| Laptop Computer | 29 | C | $500.00 | $14,500.00 |
| Apple Laptop | 4 | C | $1,000.00 | $4,000.00 |
| Printer- Sm. Misc | 9 | P/C | $100.00 | $900.00 |
| Phone- Misc. | 16 | C | $75.00 | $1,200.00 |
| Camcorder + Tripod | 1 | C | $200.00 | $200.00 |
| Labelmaker | 1 | C | $25.00 | $25.00 |
| Projector- Sm. | 1 | C | $25.00 | $25.00 |
| Projector Screen | 1 | C | $100.00 | $100.00 |
| Soundboard | 1 | C | $300.00 | $300.00 |
| Speakers | 1 | C | $50.00 | $50.00 |
| Microphones | 2 | C | $50.00 | $100.00 |
| Fridge | 2 | C | $700.00 | $1,400.00 |
| MiniFridge | 4 | C | $500.00 | $2,000.00 |
| Microwave | 3 | C | $150.00 | $450.00 |
| Projector Mounted | 2 | C | $300.00 | $600.00 |
| Misc Tech | 1 | C | $400.00 | $400.00 |
| DSLR Camera | 1 | C | $1,500.00 | $1,500.00 |
| Camera Tripod and Lightset | 1 | C | $70.00 | $70.00 |
| Monitor Stand | 5 | P/C | $50.00 | $250.00 |

| | | | | |
|---|---|---|---|---|
| TV Mount | 5 | P/C | $50.00 | $250.00 |
| | | | | Subtotal | $52,290.00 |
| Office Supply Item | # Available | | | |
| 5x5 Cube Shelves | 2 | C | $250.00 | $500.00 |
| Stacking Chairs | 10 | C | $50.00 | $500.00 |
| Stack/Roll Chairs | 55 | C | $50.00 | $2,750.00 |
| Rolling Office Chairs | 45 | P/C | $300.00 | $13,500.00 |
| Office Chairs with Arms | 65 | P/C | $200.00 | $13,000.00 |
| Office Round 6 ft Ottoman Thing | 2 | C | $300.00 | $600.00 |
| Stool | 21 | C | $150.00 | $3,150.00 |
| Trash Can (small) | 10 | C | $50.00 | $500.00 |
| Trash Can (large) | 8 | C | $100.00 | $800.00 |
| Sectional Couch | 1 | C | $500.00 | $500.00 |
| 2x2x4 Cabinet | 1 | C | $100.00 | $100.00 |
| 2x3x2 Cabinet | 4 | C | $100.00 | $400.00 |
| 2x3x4 Rolling Cabinet | 15 | C | $100.00 | $1,500.00 |
| 3x2x3 Cabinet Mounted, with Glass | 3 | C | $75.00 | $225.00 |
| File Cabinets | 22 | C | $50.00 | $1,100.00 |
| 6x2x3 Cabinet | 3 | C | $250.00 | $750.00 |
| 2x2x2 Table | 2 | C | $50.00 | $100.00 |
| 2x2x3 Table | 3 | C | $50.00 | $150.00 |
| 2x3x2 Table | 3 | C | $50.00 | $150.00 |
| 4x4x2 Table | 1 | C | $100.00 | $100.00 |
| 3x4 Desk | 2 | C | $150.00 | $300.00 |
| 5x2 Desk | 34 | P/C | $250.00 | $8,500.00 |
| 6x3 Desk | 5 | C | $250.00 | $1,250.00 |
| 6 foot hutch | 6 | C | $100.00 | $600.00 |
| Rounded T for Desk | 5 | C | $100.00 | $500.00 |
| 2x5 Mirror | 4 | C | $50.00 | $200.00 |
| 2x5x2 Bench | 8 | C | $300.00 | $2,400.00 |
| Bookcase | 2 | C | $100.00 | $200.00 |
| Keurig | 3 | C | $50.00 | $150.00 |
| Ladder Sm | 1 | C | $150.00 | $150.00 |
| Ladder Lg | 1 | C | $500.00 | $500.00 |
| Coathanger | 2 | C | $100.00 | $200.00 |
| Front Desk | 1 | C | $250.00 | $250.00 |
| Misc Tools | 1 | C | $40.00 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Small Rolling Table | 5 | C | $125.00 | $625.00 | |
| Small Cube Shelf | 2 | C | $150.00 | $300.00 | |
| Wooden TV Tray | 2 | C | $25.00 | $50.00 | |
| Gorilla Cabinet | 5 | C | $80.00 | $400.00 | |
| Round Tables | 6 | C | $75.00 | $450.00 | |
| Misc Paintings | 29 | C | $100.00 | $2,900.00 | |
| Misc Office Supplies | 1 | C | $300.00 | $300.00 | |
| Couch | 1 | C | $400.00 | $400.00 | |
| Heater, Desk | 3 | C | $25.00 | $75.00 | |
| Coffee Pot | 2 | C | $10.00 | $20.00 | |
| Large Table | 2 | C | $200.00 | $400.00 | |
| Folding Tables | 4 | C | $50.00 | $200.00 | |
| 4x3 Wooden Table | 5 | P | $100.00 | $500.00 | |
| Executive Desk Wood | 2 | P | $700.00 | $1,400.00 | |
| Misc Cubicles, Damaged | 10 | P | $200.00 | $2,000.00 | |
| Leather Chair | 1 | P | $200.00 | $200.00 | |
| Lab Coats, Box | 1 | P | $150.00 | $150.00 | |
| Black Desks | 10 | P | $150.00 | $1,500.00 | |
| | | | | Subtotal | $119,775.00 |
| | | | | | |
| | | | | Total | $1,372,465.00 |

Debtor **Brain Synergy Institute, LLC**      Case number (if known) _____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.              **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **11511 Luna Road, Suite 100, 120, &<br>185<br>Office Space<br>(Rent per month is $28,125.43)** | Lease | Unknown | N/A | Unknown |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

Debtor    **Brain Synergy Institute, LLC**        Case number (if known) _____
<br>         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **U.S. Patent No. 6,800,062** | **$1,000,000.00** | N/A | Unknown |
| **U.S. Patent No. 7,559,766.** | **$1,500,000.00** | N/A | Unknown |
| **61. Internet domain names and websites** | | | |
| **www.cerebrum.com** | | **Google and PR Firm Rep** | **$212,080.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer/Patient lists** | | | Unknown |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |
| **Goodwill unknown** | | | Unknown |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$212,080.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

                                                          Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**LOP Accounts Receivable (0%-100% doubtful or uncollectible, but estimate 40% collectible)**    $35,835.28   —   $21,501.17   = ➡   **$14,334.11**

                                           Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

Debtor  **Brain Synergy Institute, LLC**                              Case number (if known) _____
                Name

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                           | **$14,334.11** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,034.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $55,802.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $291,057.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,044.68 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................. ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $212,080.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,334.11 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $881,353.96 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................     | **$881,353.96** |

**Fill in this information to identify the case:**

Debtor name **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**BSA Business Software Alliance, Inc.** | Describe debtor's property that is subject to a lien<br>**Computer equipment** | $18,000.00 | $18,000.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**420 Montgomery Street**

_____

_____

**San Francisco        CA    94104**

Creditor's email address, if known

_____

Date debt was incurred    **12/29/17**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe the lien
**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$24,000 Settlement Agreement regarding software licenses, resulting in note and security interest. 4 of 6 payments remain.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,518,000.00

Debtor **Brain Synergy Institute, LLC** _____ Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** | Creditor's name
**Joshua L. Flowers**

Creditor's mailing address
**P.O. Box 1645**

_____

_____

**Silverthorne          CO     80498**

Creditor's email address, if known

_____

Date debt was incurred   **05/01/15**

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**All property, equipment, and patent**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☐ No
☑ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**$1,500,000.00**          **$0.00**

**Settlement Agreement resulting in note and security interest. Quarterly Payments Beginning 1/1/17. (Unknown Value of collateral)**

Debtor    **Brain Synergy Institute, LLC** _____    Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Manfred Sternberg & Associates, Inc.** | Line __2.2__ | ___ ___ ___ ___ |
| **4550 Post Oak Place Drive, Suite 119** | | |
| **Houston**                **TX**    **77027** | | |
| **Weir Johnson, PLLC** | Line __2.1__ | ___ ___ ___ ___ |
| **4925 Greenville Ave., Suite 200** | | |
| **Dallas**                **TX**    **75206** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Brain Synergy Institute, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | _____ | ☐ Contingent | | |
| | _____ | ☐ Unliquidated | | |
| | _____ | ☐ Disputed | | |
| | _____ | **Basis for the claim:** | | |
| | **Date or dates debt was incurred** | _____ | | |
| | _____ | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____) | | | |

Debtor **Brain Synergy Institute, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,497.24** |

Altep, Inc.

7450 Kemeon Circle

☐ Contingent
☐ Unliquidated
☐ Disputed

| El Paso | TX | 79912 |

**Basis for the claim:** Services

| Date or dates debt was incurred | 2016 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Legal Balance

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

Anida Technologies, LP

819 W. Arapaho Road, Suite 24B #344

☐ Contingent
☐ Unliquidated
☐ Disputed

| Richardson | TX | 75080 |

**Basis for the claim:** Contract

| Date or dates debt was incurred | 2017 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Balance of payment plan on monthly maintenance of medical equipment.

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,545.70** |

Bizmatics (PrognoCIS)

4010 Moorpark Avenue, Suite 222

☐ Contingent
☐ Unliquidated
☑ Disputed

| San Jose | CA | 95117 |

**Basis for the claim:** Goods

| Date or dates debt was incurred | April 2018 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 3 1 4 2

Medical Practice Software

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,303.34** |

CopyNet Digital Imaging Solutions

2805 E. Plano Parkway #100

☐ Contingent
☐ Unliquidated
☐ Disputed

| Plano | TX | 75074 |

**Basis for the claim:** Goods

| Date or dates debt was incurred | Feb/March 2018 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Copy machine rental equipment fees

---

Debtor **Brain Synergy Institute, LLC** _____ Case number (if known) _____

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 |

**Dunford Enterprises**

**31 Lake Linden Drive**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bluffon** SC **29910**

Basis for the claim:
**Services**

Date or dates debt was incurred **March 2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Social Media services**

---

| 3.6 | Nonpriority creditor's name and mailing address | $919.66 |

**Everbank Commercial Finance**

**P.O. Box 911608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Denver** CO **80291-1608**

Basis for the claim:
**Goods**

Date or dates debt was incurred **2016-2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **4 4 1 6**

**Equipment Rental**

---

| 3.7 | Nonpriority creditor's name and mailing address | $31,354.51 |

**Farrow-Gillespie & Heath, LLP**

**1700 Pacific Avenue, Suite 3700**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas** TX **75201**

Basis for the claim:
**Services**

Date or dates debt was incurred **2015-2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Legal balance**

---

| 3.8 | Nonpriority creditor's name and mailing address | $1,446.82 |

**Greenway Medical Technologies, Inc.**

**P.O. Box 203658**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas** TX **75320-3658**

Basis for the claim:
**Goods**

Date or dates debt was incurred **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **2 5 9 5**

**Medical EMR & PM Software**

---

| Debtor | **Brain Synergy Institute, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,470.00 |
|---|---|---|---|

Heygood Orr & Pearson

6363 N. State Hwy 161, Suite 450

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Irving | TX | 75038 |
|---|---|---|

**Basis for the claim:** Services

Date or dates debt was incurred **2016-2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Legal balance

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197,229.03 |
|---|---|---|---|

HHSC

PO Box 202948

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Austin | TX | 78720-2948 |
|---|---|---|

**Basis for the claim:** Contract

Date or dates debt was incurred **November 2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **0 0 0 1**

Repaying an overpayment in installments. 17 payments remain.

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,787.92 |
|---|---|---|---|

Holland & Hart, LLP

P.O. Box 17283

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Denver | CO | 80217-0283 |
|---|---|---|

**Basis for the claim:** Services

Date or dates debt was incurred **2013-2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Legal balance

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,469.32 |
|---|---|---|---|

Intellys Corporation

621 W. College Street

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Grapevine | TX | 76051 |
|---|---|---|

**Basis for the claim:** Services

Date or dates debt was incurred **2015-2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Computer & Server Support

---

Debtor   **Brain Synergy Institute, LLC**_____   Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105,000.00** |
|------|------|------|------|

**Kenneth C. Beam**_____

**1626 Fair Oaks Court**_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Westlake** | **TX** | **76262** |

Basis for the claim: **Loans**_____

Date or dates debt was incurred   **08/2017-12/2017**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$337,505.16** |

**Lexington Lion Farmers Branch, LP**_____

**One Penn Plaza, Suite 4015**_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

| **New York** | **NY** | **10119** |

Basis for the claim: **Lease**_____

Date or dates debt was incurred   **04/01/18**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **1   7   0   1**

**Rent Obligation (1 year of rent at $28,125.43/month)**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$546,450.00** |

**Louis Paletta**_____

**1122 Post Oak Plaza**_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Westlake** | **TX** | **76262** |

Basis for the claim: **Loans**_____

Date or dates debt was incurred   **08/2017-03/2018**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$680,232.42** |

**Pegasus Logistics, Inc.**_____

**306 Airline Drive, Suite 100**_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Coppell** | **TX** | **75019** |

Basis for the claim: **Loans**_____

Date or dates debt was incurred   **July 2015-March 2018**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Brain Synergy Institute, LLC**     Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

**Perpetuum Health, PLLC**

**c/o Ravi B. Patel, M.D.**

**5080 Spectrum Drive, Suite 1000E**

**Addison**     **TX**     **75001-4646**

Date or dates debt was incurred     **March 2018**

Last 4 digits of account number    __ __ __ __

**Medical Director contract**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$15,000.00**

---

**3.18** Nonpriority creditor's name and mailing address

**Quick Fee**

**520 Broadway, Floor 2**

**Santa Monica**     **CA**     **90401**

Date or dates debt was incurred     **2017**

Last 4 digits of account number    __ __ __ __

**Accounting fees to Montgomery Coscia Grehlich LLP; debt was sold to Quick Fee.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$30,024.83**

---

**3.19** Nonpriority creditor's name and mailing address

**Ready Refresh**

**P.O. Box 856680**

**Louisville, Kentucy 40285-6680**

Date or dates debt was incurred     **02/2018-03/2018**

Last 4 digits of account number    **3** **2** **8** **0**

**Water Service**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$323.82**

---

**3.20** Nonpriority creditor's name and mailing address

**Real News PR, LLC**

**5420 LBJ Freeway, Suite 515**

**Dallas**     **TX**     **75240**

Date or dates debt was incurred     **04/01/18**

Last 4 digits of account number    __ __ __ __

**Social Media Services**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,000.00**

---

| Debtor | **Brain Synergy Institute, LLC** | Case number (if known) _____ |
|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,566.62 |
|---|---|---|---|

**Reese Gordon Marketos, LLP**

**750 N. Saint Paul Street, Suite 610**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75201-3202** |
|---|---|---|

**Services**

Date or dates debt was incurred   **2015-2018**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Legal Balance**

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.43 |
|---|---|---|---|

**Shred-It USA, LLC**

**P.O. Box 101007**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Pasadena** | **CA** | **91189-1007** |
|---|---|---|

**Services**

Date or dates debt was incurred   **02/2018-03/2018**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Shredding Service**

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.48 |
|---|---|---|---|

**Spectrum Business/Time Warner Cable**

**PO Box 60074**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **City of Industry** | **CA** | **91716-0074** |
|---|---|---|

**Services**

Date or dates debt was incurred   **March 2018**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Network services.**

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 |
|---|---|---|---|

**Sports Leadership Institute**

**222 SW Columbia, Suite 1020**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Portland** | **OR** | **97201** |
|---|---|---|

**Contract**

Date or dates debt was incurred   **2015**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Paid Sponsorship for Event**

---

Debtor **Brain Synergy Institute, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $614.88 |
|---|---|---|---|

**Stericycle, Inc.**

**P.O. Box 6582**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Carol Stream**    **IL**    **60197-6582**    **Services**

Date or dates debt was incurred   **02/2018-04/2018**

Last 4 digits of account number   **9 9 8 9**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Hazardous Waste Disposal**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,140.00 |
|---|---|---|---|

**The Resource Management Group, LLC**

**Attn: Misty W. Gilbert**

**2500 Pepperwood Street, Apartment 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Farmers Branch**    **TX**    **75234-6122**    **Services**

Date or dates debt was incurred   **March 2018**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Payment for COO, Consultant, and Accountant indepdent contractors.**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.22 |
|---|---|---|---|

**Trizetto Provider Solutions**

**3300 Rider Trail South, 6th Floor**

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

**Basis for the claim:**

**Earth City**    **MO**    **63045**    **Services**

Date or dates debt was incurred   **01/2018-03/2018**

Last 4 digits of account number   **3 U V 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

**EPI Claims. Contested- overbilled for providers. Should be $0.00**

Debtor __**Brain Synergy Institute, LLC**_____  Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____**$0.00**__ |
| 5b. | **Total claims from Part 2** | 5b. **+** _____**$2,092,801.40**__ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. \|_____**$2,092,801.40**__\| |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Brain Synergy Institute, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | Chapter **7** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Equipment Maintenance Contract**<br>**Contract to be REJECTED** | **Anida Technologies, L.P.**<br>**819 W. Arapaho Road, Suite 24B #344** |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | Richardson            TX        75080 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Office Space Lease**<br>**Contract to be REJECTED** | **Lexington Lion Farmers Branch, LP**<br>**c/o Lexington Realty Advisors, Inc.**<br>**One Penn Plaza, Suite 4015**<br>**New York, New York** |
| | State the term remaining | 6 years, 1 month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Director Contract**<br>**Contract to be REJECTED** | **Perpetuum Health, PLLC**<br>**Attn: Ravi B. Patel, MD**<br>**5080 Spectrum Drive, Suite 1000E** |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | Addison            TX        75001-4648 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Chief Operating Officer Contract**<br>**Contract to be REJECTED** | **The Resource Management Group, LLC**<br>**d/b/a Medical Account Solutions**<br>**2500 Pepperwood Street, Apartment 140** |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | Farmers Brach            TX        75234-6122 |

**Fill in this information to identify the case:**

Debtor name  **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| **2.1   Kenneth C. Beam** | **1626 Fair Oaks Court**<br>Number     Street | **Lexington Lion Farmers Branch, LP** | ☐ D<br>☐ E/F<br>☑ G |
| | **Westlake**              **TX**   **76262**<br>City                                State   ZIP Code | | |
| 2.2   Carrick Brain Centers of North Texas, LLC | 11511 Luna Rd., Suite 100 Dallas, Texas 75234 | N/A<br>Potential co-debtor. Entity is a subsidiary of Debtor, and often uses same d/b/a on contracts. Unknown whether there may be claims against entity for some of same debts. | |
| 2.3   Carrick Brain Centers of Atlanta, LLC | 1950 Spectrum Drive, Suite B-200 Marietta, Georgia, 30067 | N/A<br>Potential co-debtor. Entity is a subsidiary of Debtor, and often uses same d/b/a on contracts. Unknown whether there may be claims against entity for some of same debts. | |

**Fill in this information to identify the case:**

Debtor Name  **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................. | **$881,353.96** |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B.................................................................... | **$881,353.96** |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$1,518,000.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................... | + **$2,092,801.40** |

4. **Total liabilities**
   Lines 2 + 3a + 3b......................................................................................... | **$3,610,801.40** |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/04/2018**          X **/s/ Misty W. Gilbert**
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 **Misty W. Gilbert**
                                 Printed name
                                 **Chief Operating Officer**
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Brain Synergy Institute, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue** Check all that apply.

**Gross revenue** (before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2018** MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$316,579.76** |
| **For prior year:** | From **01/01/2017** MM / DD / YYYY | to | **12/31/2017** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,942,570.93** |
| **For the year before that:** | From **01/01/2016** MM / DD / YYYY | to | **12/31/2016** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,515,628.44** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **(SEE ATTACHED)**<br>Creditor's name<br>**(Note: Data includes transactions to all**<br>Street<br>**vendors over $6,000 cumulative)**<br><br>City          State     ZIP Code | | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**Brain Synergy Institute LLC**
**Transaction List by Vendor**
January - December 2018

| | Date | Transaction Type | Num | Posting | Memo/Description | Account | Amount | Subtotal Paid |
|---|---|---|---|---|---|---|---|---|
| **Anida Technologies, LP** | | | | | | | | |
| | 01/04/2018 | Bill Payment (Check) | ACH-6794678474 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 01/16/2018 | Bill Payment (Check) | ACH-6828130467 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 01/29/2018 | Bill Payment (Check) | ACH-6847188576 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 02/09/2018 | Bill Payment (Check) | ACH-6892423509 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 02/23/2018 | Bill Payment (Check) | ACH-6903381325 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 03/07/2018 | Bill Payment (Check) | ACH-6960162933 | Yes | | 1013 Chase BSI Operating 1266 | 6,000.00 | |
| | | | | | | | | **21,000.00** |
| **Catlin, Lillard & CO** | | | | | | | | |
| | 03/09/2018 | Check | ACH-6968572941 | Yes | | 1013 Chase BSI Operating 1266 | 10,000.00 | |
| | 03/30/2018 | Check | ACH-7023119822 | Yes | | 1013 Chase BSI Operating 1266 | 2,000.00 | |
| | | | | | | | | **12,000.00** |
| **Chirosecure** | | | | | | | | |
| | 03/08/2018 | Expense | | Yes | CHIROSECURE 866-802-4476 AZ | 2140 TRMG Discover CC for CHC [4242] | 2,325.29 | |
| | 03/20/2018 | Expense | | Yes | CHIROSECURE SCOTTSDALE AZ | 2130 TRMG Master Card CC for CHC [5279] | 443.11 | |
| | 03/20/2018 | Expense | | Yes | CHIROSECURE SCOTTSDALE AZ | 2130 TRMG Master Card CC for CHC [5279] | 11,277.83 | |
| | | | | | | | | **14,046.23** |
| **Google Adwords** | | | | | | | | |
| | 01/03/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0H127LM | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/05/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0H3SJA8 | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/11/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0H7IKCU | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/16/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HBXCF3 | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/20/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HFETQZ | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/25/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HJNGFQ | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 01/31/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HOCA5O | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 02/06/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HTURYK | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 02/10/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HWV1NX | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 02/16/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HBKFGJ | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 02/22/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HGB66I | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 02/28/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HLSJJK | 2140 TRMG Discover CC for CHC [4242] | 500.00 | |
| | 03/06/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HRLSDU | 2140 TRMG Discover CC for CHC [4242] | 498.24 | |
| | 03/31/2018 | Expense | | Yes | GOOGLE *ADWS7698455071 CC@GOOGLE.COMCAP0HRLSDU | 2140 TRMG Discover CC for CHC [4242] | 11.21 | |
| **Google Services** | | | | | | | | |
| | 01/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_cereb cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 430.83 | |
| | 01/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_carri cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 76.83 | |
| | 02/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_carri cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 44.84 | |
| | 02/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_cereb cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 377.20 | |
| | 03/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_carri cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 31.98 | |
| | 03/02/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_cereb cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 374.24 | |
| | 03/27/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_cereb cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 600.00 | |
| | 04/01/2018 | Expense | | Yes | GOOGLE *SVCSAPPS_cereb cc@google.com CA | 2130 TRMG Master Card CC for CHC [5279] | 31.98 | |
| | | | | | | | | **8,477.35** |
| **Henry G Raroque, Jr, MD, PA** | | | | | | | | |
| | 01/12/2018 | Check | ACH-6810947517 | Yes | ACH CHECK 6810947517 - Henry G Raroque | 1013 Chase BSI Operating 1266 | 21,695.35 | |
| | 02/09/2018 | Check | ACH-6892465647 | Yes | ACH CHECK 6810947517 - Henry G Raroque | 1013 Chase BSI Operating 1266 | 906.41 | |
| | 03/16/2018 | Check | ACH-6987316871 | Yes | ACH CHECK 6987316871 - Henry G Raroque | 1013 Chase BSI Operating 1266 | 977.84 | |
| | 03/22/2018 | Check | ACH-7001483924 | Yes | ACH CHECK 7001483924 - Henry G Raroque | 1013 Chase BSI Operating 1266 | 7,286.06 | |
| | | | | | | | | **30,865.66** |
| **Heygood Orr & Pearson** | | | | | | | | |
| | 01/04/2018 | Bill Payment (Check) | ACH-6795266297 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 | |
| | 01/29/2018 | Bill Payment (Check) | ACH-6847184728 | Yes | | 1013 Chase BSI Operating 1266 | 3,079.32 | |

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 02/19/2018 | Bill Payment (Check) | ACH-6912412235 | | | 1013 Chase BSI Operating 1266 | 3,000.00 |
| | | | | | | **9,079.32** |

**HHSC (Texas Medicaid and Healthcare Partnership)**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 01/16/2018 | Check | ACH-6828105406 | Yes | | 1013 Chase BSI Operating 1266 | 11,601.71 |
| 02/12/2018 | Check | ACH-6892410606 | Yes | | 1013 Chase BSI Operating 1266 | 11,601.71 |
| | | | | | | **23,203.42** |

**Holland & Hart LLP**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 01/04/2018 | Bill Payment (Check) | ACH-6794690002 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 |
| 02/09/2018 | Bill Payment (Check) | ACH-6892407449 | Yes | | 1013 Chase BSI Operating 1266 | 3,000.00 |
| | | | | | | **6,000.00** |

**Lexington Lion Farmer's Branch, LP**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 01/29/2018 | Check | WIRE: 5032021058 | Yes | | 1013 Chase BSI Operating 1266 | 26,266.98 |
| 02/27/2018 | Check | WIRE: 5033317031 | Yes | | 1013 Chase BSI Operating 1266 | 24,976.19 |
| | | | | | | **51,243.17** |

**OrchestrateHR**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 01/04/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 10,264.29 |
| 01/11/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 10,216.41 |
| 01/11/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 3,649.83 |
| 01/11/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 1,158.42 |
| 01/12/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 3,532.93 |
| 01/25/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 17,526.51 |
| 01/25/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 2,835.92 |
| 01/25/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 8,147.00 |
| 01/26/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 6,530.28 |
| 01/30/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 1,247.35 |
| 01/31/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 3,565.53 |
| 02/08/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 16,801.67 |
| 02/08/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 6,894.38 |
| 02/08/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 2,321.56 |
| 02/09/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 6,311.38 |
| 02/15/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 3,924.96 |
| 02/15/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 13,229.31 |
| 02/22/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 2,828.22 |
| 02/22/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 8,302.54 |
| 02/22/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 15,241.97 |
| 02/23/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 9,120.04 |
| 03/08/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 2,100.68 |
| 03/08/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 6,901.85 |
| 03/08/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 15,387.71 |
| 03/09/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 5,418.35 |
| 03/22/2018 | Expense | | Yes | CEREBRUM HEALTH  PAYROLL   2637 4CARRIB    CCD ID: 1371737752 | 1016 Chase NTX Operating 0506 | 15,759.06 |
| 03/22/2018 | Expense | | Yes | BRAIN SYNERGY IN PAYROLL  2635 4BRAINS    CCD ID: 1455533423 | 1013 Chase BSI Operating 1266 | 9,832.87 |
| 03/22/2018 | Expense | | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 3,910.98 |
| 03/23/2018 | Expense | | Yes | EDAS        BILLING  2637 4CARRIB    CCD ID: 9IA0843635 | 1016 Chase NTX Operating 0506 | 4,834.17 |
| 03/29/2018 | Check | WIRE: 5035671639 | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 12,713.63 |
| 03/29/2018 | Expense | | Yes | ONLINE DOMESTIC WIRE TRANSFER VI A: BRANCH BKING & TRU/111017694 | 1016 Chase NTX Operating 0506 | 30,379.72 |
| 03/30/2018 | Check | 2915 | Yes | EDAS        BILLING  2635 4BRAINS    CCD ID: 9IA0843635 | 1013 Chase BSI Operating 1266 | 145.46 |
| 03/30/2018 | Deposit | | Yes | | 1013 Chase BSI Operating 1266 | -1,711.59 |
| | | | | | | **259,322.99** |

**Pegasus Logistics Group**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 03/29/2018 | Expense | | Yes | | 1013 Chase BSI Operating 1266 | 130,000.00 |
| | | | | | | **130,000.00** |

**Perpetuum Health, PLLC**

| Date | Type | Num | | Memo | Account | Amount |
|------|------|-----|---|------|---------|--------|
| 01/22/2018 | Check | 2885 | Yes | | 1013 Chase BSI Operating 1266 | 28.13 |

| | Date | Type | Num | Cleared | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| | 01/22/2018 | Check | 2908 | Yes | | 1013 Chase BSI Operating 1266 | 167.36 |
| | 02/05/2018 | Check | WIRE: 5032356748 | Yes | | 1013 Chase BSI Operating 1266 | 5,000.00 |
| | 03/05/2018 | Check | WIRE: 5034146855 | Yes | | 1013 Chase BSI Operating 1266 | 5,000.00 |
| | 03/16/2018 | Check | WIRE: 5034516042 | Yes | | 1013 Chase BSI Operating 1266 | 5,000.00 |
| | 03/19/2018 | Check | 2911 | Yes | | 1013 Chase BSI Operating 1266 | 104.32 |
| | 03/29/2018 | Check | 2914 | Yes | | 1013 Chase BSI Operating 1266 | 23.69 |
| | | | | | | | **15,323.50** |
| **Quick Fee** | | | | | | | |
| | 01/24/2018 | Check | ACH | Yes | | 1013 Chase BSI Operating 1266 | 5,546.56 |
| | 02/28/2018 | Check | ACH | Yes | | 1013 Chase BSI Operating 1266 | 2,051.65 |
| | 03/28/2018 | Check | ACH | Yes | | 1013 Chase BSI Operating 1266 | 2,001.65 |
| | | | | | | | **9,599.86** |
| **Real News PR, LLC** | | | | | | | |
| | 02/01/2018 | Expense | | Yes | REAL NEWS PR 214-2263327 TX | 2140 TRMG Discover CC for CHC [4242] | 3,000.00 |
| | 03/01/2018 | Expense | | Yes | REAL NEWS PR 214-2263327 TX | 2140 TRMG Discover CC for CHC [4242] | 3,000.00 |
| | | | | | | | **6,000.00** |
| **Reese Gordon Marketos LLP** | | | | | | | |
| | 01/25/2018 | Bill Payment (Check) | ACH-6847160648 | Yes | | 1013 Chase BSI Operating 1266 | 5,000.00 |
| | 02/23/2018 | Bill Payment (Check) | ACH-6928262543 | Yes | | 1016 Chase NTX Operating 0506 | 2,000.00 |
| | | | | | | | **7,000.00** |
| **The Network Guru** | | | | | | | |
| | 01/16/2018 | Bill Payment (Check) | ACH-a0hpgyw3 | Yes | Paid via QB Online. mwg | 1013 Chase BSI Operating 1266 | 1,645.46 |
| | 01/16/2018 | Bill Payment (Check) | ACH-a0hpgzwn | Yes | Paid via QB Online. mwg | 1013 Chase BSI Operating 1266 | 37.35 |
| | 02/02/2018 | Bill Payment (Check) | ACH-aj13dgx | Yes | | 1013 Chase BSI Operating 1266 | 238.15 |
| | 02/05/2018 | Bill Payment (Check) | ACH aj143fv6 | Yes | | 1013 Chase BSI Operating 1266 | 2,000.00 |
| | 02/12/2018 | Bill Payment (Check) | ACH-aj16gtns | Yes | | 1013 Chase BSI Operating 1266 | 1,978.95 |
| | 03/01/2018 | Bill Payment (Check) | ACH-aj1bzf7m | Yes | | 1013 Chase BSI Operating 1266 | 232.74 |
| | 03/06/2018 | Bill Payment (Check) | ACH-aj1dskh9 | Yes | | 1013 Chase BSI Operating 1266 | 558.24 |
| | | | | | | | **6,690.89** |
| **The Resource Management Group, LLC dba Medical Account Solutions** | | | | | | | |
| | 01/15/2018 | Bill Payment (Check) | 2880 | Yes | | 1013 Chase BSI Operating 1266 | 16,725.00 |
| | 02/09/2018 | Bill Payment (Check) | 2892 | Yes | | 1013 Chase BSI Operating 1266 | 18,050.00 |
| | 03/06/2018 | Bill Payment (Check) | 2904 | Yes | | 1013 Chase BSI Operating 1266 | 16,625.00 |
| | 03/12/2018 | Bill Payment (Check) | 2909 | Yes | | 1013 Chase BSI Operating 1266 | 19,190.00 |
| | 03/30/2018 | Bill Payment (Check) | 2917 | Yes | | 1013 Chase BSI Operating 1266 | 2,000.00 |
| | 03/31/2018 | Bill Payment (Check) | 2919 | Yes | | 1013 Chase BSI Operating 1266 | 14,250.00 |
| | | | | | | | **86,840.00** |
| **Underwood Perkins Law** | | | | | | | |
| | 02/23/2018 | Check | WIRE: | Yes | ONLINE DOMESTIC WIRE TRANSFER VI A: VERITEX COMM BK/111024865 A/C | 1013 Chase BSI Operating 1266 | 10,000.00 |
| | 03/16/2018 | Expense | WIRE: | Yes | ONLINE DOMESTIC WIRE TRANSFER VI A: VERITEX COMM BK/111024865 A/C | 1013 Chase BSI Operating 1266 | 335.00 |
| | 03/28/2018 | Check | 2913 | Yes | | 1013 Chase BSI Operating 1266 | 5,000.00 |
| | | | | | | | **15,335.00** |
| **Vibrant Wellness** | | | | | | | |
| | 01/12/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 497.00 |
| | 01/12/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 498.00 |
| | 01/12/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 149.00 |
| | 01/13/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 149.00 |
| | 01/16/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 149.00 |
| | 02/03/2018 | Expense | | Yes | VIBRANT AMERICA 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 199.00 |
| | 02/05/2018 | Expense | | Yes | VIBRANT AMERICA 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 378.39 |
| | 02/05/2018 | Expense | | Yes | VIBRANT AMERICA 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 1,749.05 |
| | 02/09/2018 | Expense | | Yes | VIBRANT AMERICA 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 199.00 |
| | 03/01/2018 | Expense | | Yes | VIBRANT WELLNESS 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 149.00 |
| | 03/16/2018 | Expense | | Yes | VIBRANT AMERICA 08663640963 CA | 2130 TRMG Master Card CC for CHC [5279] | 3,361.45 |

03/16/2018 Expense PAYPAL INST XFER 4096834096834096834 ALJ PRODUCTIONS CC for CHC [5279] 722.00

**8,199.89**

Wednesday, Apr 04, 2018 09:56:17 AM GMT-7

| Debtor | Brain Synergy Institute, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.2. | **Pegasus Logistics Group, Inc.** | **3/30/18** | **$130,000.00** | *Check all that apply* |
| | Creditor's name | **(endorsed** | | ☐ Secured debt |
| | **306 Airline Drive, Suite 100** | **check)** | | ☑ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | **Coppell, Texas 750169** | | | ☐ Services |
| | | | | ☐ Other |
| | City       State       ZIP Code | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Josh Flowers** | **12/19/16,** | **$105,000.00** | **Payments pursuant to** |
| | Insider's name | **03/23/17,** | | **settlement agreement and note** |
| | **PO Box 1645** | **06/21/17,** | | **(First $15,000, then $22,500** |
| | Street | **09/20/17,** | | **each)** |
| | **Silverthorne, Colorado 80498** | **12/20/17** | | |
| | City       State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Former partner/investor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Texas Health and Human** | **BSI's receipt of alleged** | **Texas Health & Human Services Comm** | ☐ Pending |
| | **Services Commission Audit** | **overpayments from State of** | Name | |
| | | **Texas.** | **Accounts Receivable** | ☐ On appeal |
| | | | Street | |
| | | | **P.O. Box 202948** | ☑ Concluded |
| | **Case number** | | | |
| | **Audit No. IG-16-020** | | **Austin          TX      78720-2948** | |
| | | | City          State   ZIP Code | |

| Debtor | **Brain Synergy Institute, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **Former contract employee, Codey Marshall, borrowed office furniture and never returned it** | **$0.00** | **June 2017** | **$4,000.00** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **VNG - Micro Medical** | **$0.00** | **June/July 20** | **$25,000.00** |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Underwood Perkins, P.C.** | **(legal fees)** | | **$15,000.00** |

      **Address**

      **5420 LBJ Freeway, Suite 1900**
      Street
      **Dallas, Texas 75240**

      City          State    ZIP Code

      **Email or website address**

      **Who made the payment, if not debtor?**

Debtor    **Brain Synergy Institute, LLC**        Case number (if known) _____
            Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cagan Randall** | **Payment on Note** | **8/15/16** | **$31,273.17** |

     **Address**

     **975 East Dove Road**
     Street
     **Southlake, Texas 76092**

     City      State    ZIP Code

     **Relationship to debtor**

     _____

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | **105 Decker Court, Suite 120** | From | **05/2012** | To | **04/2017** |
| | Street | | | |
| | **Irving, Texas 75062** | | | |

     City            State     ZIP Code

Debtor    **Brain Synergy Institute, LLC**        Case number (if known) _____
      Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Brain Synergy Institute, LLC**<br>Facility name<br><br>**11511 Luna Road, Suite 100**<br>Street<br><br>**Farmers Branch, Texas 75234-6022**<br><br>City     State    ZIP Code | **Diagnosing or treating injury, deformity, or disease**<br><br>**Location where patient records are maintained** (if different from facility address).  If electronic, identify any service provider.<br>**www.box.com; previous: Greenway Health; Bizmatics (PrognoCIS)** | _____<br><br>**How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained.

     **Medical information considered PHI under HIPAA and related laws.**

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

Debtor   **Brain Synergy Institute, LLC**                              Case number (if known)
        Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Pegasus Logistics, Inc.**<br>Name<br><br>**306 Airline Drive, Suite 100**<br>Street<br><br>**Coppell, Texas 75019**<br>City      State    ZIP Code | **Ken Beam**<br>**Address** | **Furniture, records, equipment** | ☐ No<br>☑ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | **Brain Synergy Institute, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Carrick Brain Centers of Atlanta** | **Neurological rehabilitation branch in Atlanta, Georgia** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **1950 Spectrum Drive, Suite B-200** | | EIN: 6  1 – 1  7  1  7  5  6  0 |
| | Street | | |
| | **Marietta, Georgia 30067** | | Dates business existed |
| | | | From **August 2013**  To **March 2017** |
| | City                State    ZIP Code | | |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.2. | **Carrick Brain Centers of North Texas, LLC** | **Neurological rehabilitiation branch in Dallas, Texas.** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **11511 Luna Road, Suite 100** | | EIN: 3  7 – 1  7  3  7  7  5  2 |
| | Street | | |
| | **Farmers Branch, Texas** | | Dates business existed |
| | | | From   **July, 2012**  To   **3/30/18** |
| | City                State    ZIP Code | | |

Debtor    **Brain Synergy Institute, LLC**                  Case number (if known) _____
        Name

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26a.1.   **The Resource Management Group, LLC**
Name
**2500 Pepperwood Street, Apt. 140**
Street
**Farmers Branch, Texas 75234-6122**

City        State     ZIP Code

From **August 2017**   To   **Present**

Name and address                           Dates of service

26a.2.   **Montgomery Coscia Greilich LLP**
Name
**2500 Dallas Parkway, Suite 300**
Street
**Dallas, Texas 75093**

City        State     ZIP Code

From    **2013**    To   **July 2017**

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Name and address                           Dates of service

26b.1.   **The Resource Management Group, LLC**
Name
**2500 Pepperwood Street, Apt. 140**
Street
**Farmers Branch, Texas 75234-6122**

City        State     ZIP Code

From **August 2017**   To   **Present**

Name and address                           Dates of service

26b.2.   **Catlin, Lillard & Co.**
Name
**6901 River Park Circle**
Street
**Fort Worth, Texas 76116**

City        State     ZIP Code

From February 2018   To   **Present**

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.   **Lexington Lions Farmers Branch LP**
Name
**c/o LXP Manager Corp.**
Street
**12400 Coit Road, Suite 970**

| **Dallas** | **TX** | **75251** |
|---|---|---|
| City | State | ZIP Code |

Debtor    **Brain Synergy Institute, LLC**      Case number (if known) _____
Name

**Name and address**

26d.2.   **Lexington Realty Trust**
Name
**Attn: General Counsel**
Street
**One Penn Plana, Suite 4015**

| **New York** | **NY** | **10119-4015** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.3.   **Reinhardt Capital, LLC**
Name
**6466 Sondra Drive**
Street
**Dallas, Texas 75214**

| | | |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.4.   **Chiro Secure**
Name
**8501 E. Princess Drive, Suite 130**
Street
**Scottsdale, Arizona 85255**

| | | |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Misty W. Gilbert, COO** | **March 2018** | **6,044.68 / Cost (supplements** |

Name and address of the person who has possession of inventory records

27.1.   **The Resource Management Group, LLC**
Name
**d/b/a Medical Account Solutions**
Street
**2500 Pepperwood Street, Apt. 140**

| **Farmers Branch** | **TX** | **75234-6122** |
|---|---|---|
| City | State | ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Misty W. Gilbert, COO** | **October 2017** | **.00 / (inv. of software license** |

Name and address of the person who has possession of inventory records

27.2.   **The Resource Management Group, LLC**
Name
**d/b/a Medical Account Solutions**
Street
**2500 Pepperwood Street, Apt. 140**

| **Farmers Branch** | **TX** | **75234-6122** |
|---|---|---|
| City | State | ZIP Code |

Debtor **Brain Synergy Institute, LLC**                    Case number (if known) _____
          Name

**Name of the person who supervised the taking of the inventory**

| | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Paul Shrogin, DC** | **03/26/18** | **$1,372,465.00 / Cost** |

**Name and address of the person who has possession of inventory records**

27.3. **Misty W. Gilbert, COO**
      Name
      **The Resource Management Group, LLC**
      Street
      **2500 Pepperwood Street, Apt. 140**

      **Farmers Branch**                    **TX**    **75234-6122**
      City                                  State     ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth C. Beam | 1626 Fair Oaks Court Westlake, Texas 76262 | Manager | 24.4% |
| Louis Paletta | 1122 Post Oak Plaza Westlake, Texas 76262 | Manager / Held jointly with wife Wanda Paletta | 11.12% |
| Ralph Searfoss | 3901 St. James Court Colleyville, Texas 76034 | Manager | 0.23% |
| Norine Yukon | 5118 Mansfield View Court Austin, Texas 78732 | Manager | 0.84% |
| Tom Morgan | 1403 Post Oak Place Westlake, Texas 76262 | Manager | 0% |
| Victor Sansone | 2104 Vaquero Club Dr. Westlake, Texas 76262 | Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jimmy Matthews | 1901 Gaillardia Court Westlake, Texas 76262 | COO & President | From vember 20 To ptember 20 |
| Cagan Randall | 975 East Dove Road Southlake, Texas 76092 | Managing Partner | From June 2013 To August 2017 |
| Joel B. Brock | 386 Mitchell Drive Sunnyvale, Texas 75182 | Lead Clinician | From August 2013 To ptember 20 |
| Jon Kerekes | 110 Andirons Irvine, California 92602 | Managing Director/Member | From October 201 To ebruary 201 |

Debtor  **Brain Synergy Institute, LLC**                                         Case number (if known)  _____
        Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Josh Flowers**<br>Name<br>**PO Box 1645**<br>Street<br>**Silverthorne, Colorado 80498**<br><br>City                State   ZIP Code | **Quarterly payments on settlement agreement and note $105,000.00** | **12/19/16;<br>03/23/17;<br>06/27/17;<br>09/20/17;<br>12/20/17** | **Quarterly interest payments (first $15,000, then $22,500 each)** |

**Relationship to debtor**
**Previous partner/investor**

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/04/2018**
             MM / DD / YYYY

X **/s/ Misty W. Gilbert**                                        Printed name  **Misty W. Gilbert**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Chief Operating Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **Brain Synergy Institute, LLC**                    Case No. _____

                                                          Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................... **$15,000.00**

    Prior to the filing of this statement I have received........................................................ **$15,000.00**    (See Attachment)

    Balance Due................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
    ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    b.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    c.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td><strong>04/04/2018</strong><br><em>Date</em></td>
<td><strong>/s/ David L. Campbell</strong><br><em>David L. Campbell</em>       Bar No. 03698500<br>Underwood Perkins, P.C.<br>5420 LBJ Freeway<br>Suite 1900<br>Dallas, TX 75240<br>Phone: (972) 661-5114 / Fax: (972) 661-5691</td>
</tr>
</table>

**/s/ Misty W. Gilbert**

*Misty W. Gilbert*
*Chief Operating Officer*

<u>Attachment to Disclosure of Compensation of Attorney for Debtor</u>

Debtor's counsel was initially retained to determine if a Chapter 11 or other process was available. Counsel was paid $5,000 for these services. Once the Debtor made the decision to file Chapter 7, the Debtor and counsel agreed to a flat fee of $10,000.00 to execute this plan.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Brain Synergy Institute, LLC**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/4/2018 _____

Signature  _/s/ Misty W. Gilbert_____
*Misty W. Gilbert*
*Chief Operating Officer*

Date _____

Signature _____

Altep, Inc.
7450 Kemeon Circle
El Paso, Texas 79912

Heygood Orr & Pearson
6363 N. State Hwy 161, Suite 450
Irving, Texas 75038

Manfred Sternberg & Associates,
Inc.
4550 Post Oak Place Drive, Suite
119
Houston, Texas 77027

Anida Technologies, L.P.
819 W. Arapaho Road, Suite 24B #
344
Richardson, Texas 75080

HHSC
PO Box 202948
Austin, Texas 78720-2948

Pegasus Logistics, Inc.
306 Airline Drive, Suite 100
Coppell, Texas 75019

Anida Technologies, LP
819 W. Arapaho Road, Suite 24B #
344
Richardson, Texas 75080

Holland & Hart, LLP
P.O. Box 17283
Denver, Colorado 80217-0283

Perpetuum Health, PLLC
c/o Ravi B. Patel, M.D.
5080 Spectrum Drive, Suite 1000E
Addison, Texas 75001-4646

Bizmatics (PrognoCIS)
4010 Moorpark Avenue, Suite 222
San Jose, California 95117

Intellys Corporation
621 W. College Street
Grapevine, Texas 76051

Perpetuum Health, PLLC
Attn: Ravi B. Patel, MD
5080 Spectrum Drive, Suite 1000E
Addison, Texas 75001-4648

BSA Business Software Alliance,
Inc.
420 Montgomery Street
San Francisco, California 94104

Joshua L. Flowers
P.O. Box 1645
Silverthorne, Colorado 80498

Quick Fee
520 Broadway, Floor 2
Santa Monica, California 90401

CopyNet Digital Imaging Solutions
2805 E. Plano Parkway #100
Plano, Texas 75074

Kenneth C. Beam
1626 Fair Oaks Court
Westlake, Texas 76262

Ready Refresh
P.O. Box 856680
Louisville, Kentucy 40285-6680

Dunford Enterprises
31 Lake Linden Drive
Bluffon, South Carolina 29910

Kenneth C. Beam
1626 Fair Oaks Court
Westlake, TX 76262

Real News PR, LLC
5420 LBJ Freeway, Suite 515
Dallas, Texas 75240

Everbank Commercial Finance
P.O. Box 911608
Denver, Colorado 80291-1608

Lexington Lion Farmers Branch, LP
One Penn Plaza, Suite 4015
New York, New York 10119

Reese Gordon Marketos, LLP
750 N. Saint Paul Street, Suite
610
Dallas, Texas 75201-3202

Farrow-Gillespie & Heath, LLP
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201

Lexington Lion Farmers Branch, LP
c/o Lexington Realty Advisors,
Inc.
One Penn Plaza, Suite 4015
New York, New York

Shred-It USA, LLC
P.O. Box 101007
Pasadena, California 91189-1007

Greenway Medical Technologies,
Inc.
P.O. Box 203658
Dallas, Texas 75320-3658

Louis Paletta
1122 Post Oak Plaza
Westlake, Texas 76262

Spectrum Business/Time Warner
Cable
PO Box 60074
City of Industry, California
91716-0074

Sports Leadership Institute
222 SW Columbia, Suite 1020
Portland, Oregon 97201


Stericycle, Inc.
P.O. Box 6582
Carol Stream, Illinois 60197-6582


The Resource Management Group, LLC
Attn: Misty W. Gilbert
2500 Pepperwood Street, Apartment
140
Farmers Branch, Texas 75234-6122

The Resource Management Group, LLC
d/b/a Medical Account Solutions
2500 Pepperwood Street, Apartment
140
Farmers Brach, Texas 75234-6122

Trizetto Provider Solutions
3300 Rider Trail South, 6th Floor
Earth City, Missouri 63045


Weir Johnson, PLLC
4925 Greenville Ave., Suite 200
Dallas, Texas 75206


All Investors/Members of Brain
Synergy Institute, LLC
      (SEE ATTACHED)

Kenneth C. Beam
1626 Fair Oaks Court
Westlake, TX 76262

Darla J. Beam
1626 Fair Oaks Court
Westlake, TX 76262

LRK Partners LLC II
3001 Dallas Parkway, Suite 580
Frisco, TX 75034

Guy Mezger
4075 South Better Dr.
Dallas, TX 75229

C&J Family Holdings LTD
P.O. Box 570
Rio Hondo, TX 78583

Pete E. Landesberg
305 East Bob Jones Rd.
Southlake, TX 76092

Gary W. Flowers
309 Palm Blvd.
Isle of Palms, SC 29451

Dr. Robert A. Meyer
23220 Padre Ave.
Keller, TX 76244

Melissa E. Meyer
5433 Royal Lytham
Fort Worth, TX 76244

Henry Exall IV
3610 Cragmont Ave.
Dallas, TX 75205

Arthur Starrs
4441 Rheims Place
Dallas, TX 75205

Gary Randall
975 East Dove Rd.
Southlake, TX 76092

Ethan Joubran
7218 Westlake Ave.
Dallas, TX 75214

Brandon Brock
386 Mitchell Dr.
Sunnyvale, TX 75182

PODsquad LTD
1940 E. State Hwy 114, Suite 150
Southlake, TX 76092

Brent Russell
2000 Swallowtail Circle
Westlake, TX 76262

Steve Mooney
3991 Cobblestone Circle
Dallas, TX 75229

L & J Blackwell Partnership Ltd
3631 Mockingbird Lane
Dallas, TX 75205

Andre Fredieu, M.D.
11250 South 72nd East Place
Bixby, OK 74008

Ryan Kaminski
5703 Headquarters Dr.
Plano, TX 75024

Wakeham Family Trust
Attn: Dirk Wakeham
4687 Fairfax Ave.
Dallas, TX 75209

Dave Seaton
6700 Las Colinas Blvd.
Irving, TX 75039

Brett Pylant
1034 Texan Trail
Grapevine, TX 76051

Torii Hunter
1640 E. Frontier Pkwy
Prosper, TX 75078

BC Security LLC
Attn: Bruce Budagher
P.O. Box 21990
Albuquerque, NM 87154-1990

Josh Flowers
P.O. Box 1645
Silverthorne, CO 80498

Post Rail LP
Attn: Matt Rose
1110 Post Oak Place
Westlake, TX 76262

Chase Investments LLC
Attn: Ron Chase
2400 Southern Hills Court
Keller, TX 76248

Louis & Wanda Paletta
1122 Post Oak Plaza
Westlake, TX 76262

Richard E. Simmons
1851 Broken Bend Dr.
Westlake, TX 76262

Tortuga Advisors LLC
Attn: Lou Paletta
1122 Post Oak Plaza
Westlake, TX 76262

Vaquero LLC
Attn: Dave Livon
208 Lancaster Dr.
Clayton, MO 63105

Alford Management Trust
5600 Normandy Dr.
Colleyville, TX 76034

Van Sheets
5930 Royal Lane, Suite E111
Dallas, TX 75230

Ralph Searfoss
3901 St. James Court
Colleyville, TX 76034

Jimmy Mathews
1901 Gaillardia Court
Westlake, TX 76262

Roy Whitehead
3425 Bryn Mawr
Dallas, TX 75225

Darren Woodson
Attn: Joanna Jadlow
5950 Sherry Ln., Suite 600
Dallas, TX 75225

Norine Yukon
5118 Mansfield View Court
Austin, TX 78732