**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 18-31240  HDH  Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Date Filed (f) or Converted (c): | 04/04/18 (f) |
| | | 341(a) Meeting Date: | 05/08/18 |
| For Period Ending: | 06/30/19 | Claims Bar Date: | 08/14/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 1,984.41 | 1,984.41 | | 1,638.98 | FA |
| 2. SAVINGS ACCOUNT | 50.00 | 50.00 | | 50.00 | FA |
| 3. DEPOSIT - LEXINGTON LION FARMERS BRANCH, LP | 39,060.50 | 39,060.50 | | 0.00 | FA |
| 4. PREPAYMENTS - TAIL INSURANCE COVERAGE WITH CHIRO | 11,277.86 | 11,277.86 | | 0.00 | FA |
| 5. PREPAYMENTS - EMPLOYEE HEALTH INSURANCE | 5,039.18 | 5,039.18 | | 2,810.38 | FA |
| 6. PREPAYMENTS - BOX | 335.79 | 335.79 | | 0.00 | FA |
| 7. PREPAYMENTS - QUICKBOOKS | 89.55 | 89.55 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - 90 DAYS OLD OR LESS | 157,186.00 | 157,186.00 | | 8,179.09 | 149,006.91 |
| 212,932.65 - UNCOLLECTIBLES OF $55,746.65 = $157,186.00 | | | | | |
| 9. ACCOUNTS RECEIVABLE - OVER 90 DAYS OLD | 133,871.88 | 133,871.88 | | 18,531.09 | 115,340.79 |
| 1,279,676.53 - UNCOLLECTIBLE OF $1,145,804.65 = $133,871.88 | | | | | |
| 10. NON PUBLICLY TRADED STOCK/INTERESTS | Unknown | 0.00 | | 0.00 | FA |
| CARRICK BRAIN CENTERS OF ATLANTA, LLC | | | | | |
| 11. NON PUBLICLY TRADED STOCK/INTERESTS | Unknown | 0.00 | | 0.00 | FA |
| CARRICK BRAIN CENTERS OF NORTH TEXAS, LLC | | | | | |
| 12. OTHER INVENTORY/SUPPLIES - NUTRITIONAL/MEDICAL SUP | 6,044.68 | 6,044.68 | | 6,044.68 | FA |
| 13. OFFICE EQUIPMENT | 300,000.00 | 300,000.00 | | 421,354.14 | FA |
| MEDICAL SUPPLIES, TECH SUPPLIES, AND OFFICE SUPPLIES (SEE ATTACHED BOOK VALUE INVENTORY FOR REFERENCE) | | | | | |
| 14. RENTAL SPACE - 11511 LUNA RD, STE 110, 120 & 185 | Unknown | 0.00 | | 0.00 | FA |
| RENT PER MONTH IS $28,125.43 | | | | | |
| 15. PATENTS, COPYRIGHTS, TRADEMARKS & TRADE SECRETS | Unknown | 0.00 | | 70,000.00 | FA |
| U.S. PATENT NO. 6,800,062 - NET BOOK VALUE OF DEBTOR'S INTEREST = $1,000,000.00 | | | | | |
| U.S. PATENT NO. 7,559,766 - NET BOOK VALUE OF DEBTOR'S INTEREST = $1,500,000.00 | | | | | |

LFORM1

Ver: 22.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 18-31240 HDH Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Date Filed (f) or Converted (c): | 04/04/18 (f) |
| | | 341(a) Meeting Date: | 05/08/18 |
| | | Claims Bar Date: | 08/14/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. INTERNET DOMAN NAMES/WEBSITES WWW.CEREBRUM.COM | 212,080.00 | 212,080.00 | | 0.00 | 212,080.00 |
| 17. CUSTOMER/PATIENT LISTS | Unknown | 0.00 | | 0.00 | FA |
| 18. GOODWILL | Unknown | 0.00 | | 0.00 | FA |
| 19. NOTES RECEIVABLE LOP ACCOUNTS RECEIVABLE $35,835.28 - UNCOLLECTIBLE $21,501.17 = $14,334.11 | 14,334.11 | 14,334.11 | | 0.00 | 14,334.11 |
| 20. POSTAGE REFUND - STAMPS.COM (u) | 0.00 | 4.25 | | 4.25 | FA |
| 21. FEE FOR MEDICAL RECORDS (u) | 0.00 | 520.00 | | 1,815.00 | FA |
| 22. REAL PROPERTY | 0.00 | 0.00 | | 0.00 | FA |
| 23. MISCELLANEOUS REFUNDS/DIVIDENDS (u) | 0.00 | 23.44 | | 23.44 | FA |
| 24. PREFERENCE SETTLEMENT (u) PREFERENCE SETTLEMENT WITH PEGASUS LOGISTICS GROUP | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 25. THE HARTFORD - DIVIDEND PAYOUT (u) | 0.00 | 46.75 | | 46.75 | FA |
| TOTALS (Excluding Unknown Values) | $881,353.96 | $981,948.40 | | $630,497.80 | Gross Value of Remaining Assets $490,761.81 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ADVERSARY WITH PRINCIPAL OF DEBTOR HAS BEEN SETTLED. CLAIMS TO BE REVIEWED AND OBJECTIONS FILED, IF NECESSARY.
ACCOUNTANT EMPLOYED. ESTIMATED DATE OF CLOSING 11/01/2019.

Initial Projected Date of Final Report (TFR): 05/01/19    Current Projected Date of Final Report (TFR): 11/01/19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | |
|---|---|
| Case No: 18-31240    HDH    Judge: HARLIN D. HALE | Trustee Name: DANIEL J. SHERMAN, TRUSTEE |
| Case Name: BRAIN SYNERGY INSTITUTE, LLC | Date Filed (f) or Converted (c): 04/04/18 (f) |
| | 341(a) Meeting Date: 05/08/18 |
| | Claims Bar Date: 08/14/18 |