Daniel J. Sherman
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BRAIN SYNERGY INSTITUTE, LLC | § | Case No. 18-31240 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL J. SHERMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 277,177.81 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 263,161.35 | Claims Discharged Without Payment: 2,638,121.65 |
| Total Expenses of Administration: 367,858.47 | |

3) Total gross receipts of $ 631,019.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 631,019.82 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,518,000.00 | $ 1,638,993.59 | $ 1,638,993.59 | $ 3,626.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 367,858.47 | 367,858.47 | 367,858.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 25,700.00 | 25,700.00 | 25,700.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,092,801.40 | 1,784,654.87 | 1,784,654.87 | 233,834.69 |
| **TOTAL DISBURSEMENTS** | $ 3,610,801.40 | $ 3,817,206.93 | $ 3,817,206.93 | $ 631,019.82 |

4)  This case was originally filed under chapter 7 on  04/04/2018 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/08/2020                          By:/s/DANIEL J. SHERMAN, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE - 90 DAYS OLD OR LESS | 1121-000 | 8,179.09 |
| ACCOUNTS RECEIVABLE - OVER 90 DAYS OLD | 1121-000 | 19,053.11 |
| CHECKING ACCOUNT | 1129-000 | 1,638.98 |
| SAVINGS ACCOUNT | 1129-000 | 50.00 |
| PREPAYMENTS - EMPLOYEE HEALTH INSURANCE | 1129-000 | 2,810.38 |
| OTHER INVENTORY/SUPPLIES - NUTRITIONAL/MEDICAL SUP | 1129-000 | 6,044.68 |
| OFFICE EQUIPMENT | 1129-000 | 421,354.14 |
| PATENTS, COPYRIGHTS, TRADEMARKS & TRADE SECRETS | 1129-000 | 70,000.00 |
| PREFERENCE SETTLEMENT | 1241-000 | 100,000.00 |
| POSTAGE REFUND - STAMPS.COM | 1290-000 | 4.25 |
| FEE FOR MEDICAL RECORDS | 1290-000 | 1,815.00 |
| MISCELLANEOUS REFUNDS/DIVIDENDS | 1290-000 | 23.44 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| THE HARTFORD - DIVIDEND PAYOUT | 1290-000 | 46.75 |
| **TOTAL GROSS RECEIPTS** | | **$631,019.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BSA Business Software Alliance, Inc. 420 Montgomery Street San Francisco CA 94104 | | 18,000.00 | NA | NA | 0.00 |
| 000015 | JOSHUA L. FLOWERS | 4210-000 | 1,500,000.00 | 1,635,366.93 | 1,635,366.93 | 0.00 |
| 000018 | CARROLLTON-FARMERS BRANCH ISD | 4800-000 | NA | 1,095.44 | 1,095.44 | 1,095.44 |
| 000002 | DALLAS COUNTY | 4800-000 | NA | 1,006.70 | 1,006.70 | 1,006.70 |
| 000003 | IRVING ISD | 4800-000 | NA | 1,524.52 | 1,524.52 | 1,524.52 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,518,000.00** | **$ 1,638,993.59** | **$ 1,638,993.59** | **$ 3,626.66** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DANIEL J. SHERMAN, TRUSTEE | 2100-000 | NA | 34,800.99 | 34,800.99 | 34,800.99 |
| TRUSTEE EXPENSES:DANIEL J. SHERMAN, TRUSTEE | 2200-000 | NA | 2,386.90 | 2,386.90 | 2,386.90 |
| GEORGE ADAMS AND COMPANY  INS. AGY. | 2300-000 | NA | 218.00 | 218.00 | 218.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 2,081.00 | 2,081.00 | 2,081.00 |
| UNION BANK | 2600-000 | NA | 1,924.67 | 1,924.67 | 1,924.67 |
| JOSHUA L. FLOWERS | 2690-000 | NA | 115,000.00 | 115,000.00 | 115,000.00 |
| MEDICAL ACCOUNT SOLUTIONS | 2690-000 | NA | 11,133.86 | 11,133.86 | 11,133.86 |
| THE HARTFORD | 2690-000 | NA | 144.50 | 144.50 | 144.50 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):SHERMAN & YAQUINTO | 3110-000 | NA | 36,507.50 | 36,507.50 | 36,507.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):SHERMAN & YAQUINTO | 3120-000 | NA | 855.39 | 855.39 | 855.39 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MCGUIRE, CRADDOCK & STROTHER, P.C. | 3210-000 | NA | 123,474.50 | 123,474.50 | 123,474.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MCGUIRE, CRADDOCK & STROTHER, P.C. | 3220-000 | NA | 3,102.13 | 3,102.13 | 3,102.13 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SHELDON E. LEVY, CPA | 3410-000 | NA | 6,490.00 | 6,490.00 | 6,490.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SHELDON E. LEVY, CPA | 3420-000 | NA | 96.75 | 96.75 | 96.75 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:ROSEN SYSTEMS, INC. | 3620-000 | NA | 8,612.02 | 8,612.02 | 8,612.02 |
| MEDICAL ACCOUNT SOLUTIONS | 3991-320 | NA | 14,387.90 | 14,387.90 | 14,387.90 |
| RESOURCE MANAGEMENT GROUP, LLC | 3991-320 | NA | 5,977.18 | 5,977.18 | 5,977.18 |
| MEDICAL ACCOUNT SOLUTIONS | 3992-330 | NA | 665.18 | 665.18 | 665.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 367,858.47 | $ 367,858.47 | $ 367,858.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012A | PERPETUUM HEALTH, PLLC | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 000008A | RESOURCE MANAGEMENT GROUP, LLC | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 25,700.00 | $ 25,700.00 | $ 25,700.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anida Technologies, LP 819 W. Arapaho Road, Suite 24B #344 Richardson TX 75080 | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bizmatics (PrognoCIS) 4010 Moorpark Avenue, Suite 222 San Jose CA 95117 | | 1,545.70 | NA | NA | 0.00 |
| | CopyNet Digital Imaging Solutions 2805 E. Plano Parkway #100 Plano TX 75074 | | 1,303.34 | NA | NA | 0.00 |
| | Dunford Enterprises 31 Lake Linden Drive Bluffon SC 29910 | | 297.00 | NA | NA | 0.00 |
| | Everbank Commercial Finance P.O. Box 911608 Denver CO 80291-1608 | | 919.66 | NA | NA | 0.00 |
| | Greenway Medical Technologies, Inc. P.O. Box 203658 Dallas TX 75320-3658 | | 1,446.82 | NA | NA | 0.00 |
| | HHSC PO Box 202948 Austin TX 78720-2948 | | 197,229.03 | NA | NA | 0.00 |
| | Intellys Corporation 621 W. College Street Grapevine TX 76051 | | 18,469.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kenneth C. Beam 1626 Fair Oaks Court Westlake TX 76262 | | 105,000.00 | NA | NA | 0.00 |
| | Pegasus Logistics, Inc. 306 Airline Drive, Suite 100 Coppell TX 75019 | | 680,232.42 | NA | NA | 0.00 |
| | Perpetuum Health, PLLC c/o Ravi B. Patel, M.D. 5080 Spectrum Drive, Suite 1000E Addison TX 75001-4646 | | 15,000.00 | NA | NA | 0.00 |
| | Quick Fee 520 Broadway, Floor 2 Santa Monica CA 90401 | | 30,024.83 | NA | NA | 0.00 |
| | Ready Refresh P.O. Box 856680 Louisville, Kentucy 40285-6680 | | 323.82 | NA | NA | 0.00 |
| | Real News PR, LLC 5420 LBJ Freeway, Suite 515 Dallas TX 75240 | | 3,000.00 | NA | NA | 0.00 |
| | Shred-It USA, LLC P.O. Box 101007 Pasadena CA 91189-1007 | | 121.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sports Leadership Institute 222 SW Columbia, Suite 1020 Portland OR 97201 | | 6,000.00 | NA | NA | 0.00 |
| | Stericycle, Inc. P.O. Box 6582 Carol Stream IL 60197-6582 | | 614.88 | NA | NA | 0.00 |
| | The Resource Management Group, LLC Attn: Misty W. Gilbert 2500 Pepperwood Street, Apartment 140 Farmers Branch TX 75234-6122 | | 20,140.00 | NA | NA | 0.00 |
| | Trizetto Provider Solutions 3300 Rider Trail South, 6th Floor Earth City MO 63045 | | 633.22 | NA | NA | 0.00 |
| 000006 | ALTEP, INC. | 7100-000 | 14,497.24 | 14,497.24 | 14,497.24 | 1,899.50 |
| 000011 | BSA BUSINESS SOFTWARE ALLIANCE, INC | 7100-000 | NA | 18,000.00 | 18,000.00 | 2,358.45 |
| 000007 | FARROW-GILLESPIE & HEATH, LLP | 7100-000 | 31,354.51 | 31,354.51 | 31,354.51 | 4,108.23 |
| 000005 | HEYGOOD ORR & PEARSON | 7100-000 | 2,470.00 | 2,470.00 | 2,470.00 | 323.63 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | HOLLAND & HART, LLP | 7100-000 | 53,787.92 | 53,787.92 | 53,787.92 | 7,047.57 |
| 000017 | KENNETH C. BEAM | 7100-000 | NA | 680,232.42 | 680,232.42 | 89,127.56 |
| 000014 | LEXINGTON LION FARMERS BRANCH L.P. | 7100-000 | 337,505.16 | 363,638.92 | 363,638.92 | 47,645.85 |
| 000013 | LOGIX COMMUNICATIONS | 7100-000 | NA | 9,692.59 | 9,692.59 | 1,269.97 |
| 000009 | LOUIS PALETTA | 7100-000 | 546,450.00 | 546,450.00 | 546,450.00 | 71,598.70 |
| 000004 | MONTGOMERY COSCIA GREILICH LLP | 7100-000 | NA | 30,024.83 | 30,024.83 | 3,934.01 |
| 000012B | PERPETUUM HEALTH, PLLC | 7100-000 | NA | 2,150.00 | 2,150.00 | 281.71 |
| 000016 | REESE MARKETOS LLP | 7100-000 | 18,566.62 | 24,758.27 | 24,758.27 | 3,243.96 |
| 000008B | RESOURCE MANAGEMENT GROUP, LLC | 7100-000 | NA | 7,290.00 | 7,290.00 | 955.17 |
| 000001 | SPECTRUM BUSINESS/TIME WARNER CABLE | 7100-000 | 868.48 | 308.17 | 308.17 | 40.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,092,801.40 | $ 1,784,654.87 | $ 1,784,654.87 | $ 233,834.69 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 18-31240    HDH    Judge: HARLIN D. HALE |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/04/18 (f) |
| 341(a) Meeting Date: | 05/08/18 |
| Claims Bar Date: | 08/14/18 |

For Period Ending:  12/07/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 1,984.41 | 1,984.41 | | 1,638.98 | FA |
| 2. SAVINGS ACCOUNT | 50.00 | 50.00 | | 50.00 | FA |
| 3. DEPOSIT - LEXINGTON LION FARMERS BRANCH, LP | 39,060.50 | 39,060.50 | | 0.00 | FA |
| 4. PREPAYMENTS - TAIL INSURANCE COVERAGE WITH CHIRO | 11,277.86 | 11,277.86 | | 0.00 | FA |
| 5. PREPAYMENTS - EMPLOYEE HEALTH INSURANCE | 5,039.18 | 5,039.18 | | 2,810.38 | FA |
| 6. PREPAYMENTS -  BOX | 335.79 | 335.79 | | 0.00 | FA |
| 7. PREPAYMENTS - QUICKBOOKS | 89.55 | 89.55 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - 90 DAYS OLD OR LESS<br>212,932.65 - UNCOLLECTIBLES OF $55,746.65 = $157,186.00 | 157,186.00 | 157,186.00 | | 8,179.09 | FA |
| 9. ACCOUNTS RECEIVABLE - OVER 90 DAYS OLD<br>1,279,676.53 - UNCOLLECTIBLE OF $1,145,804.65 = $133,871.88 | 133,871.88 | 133,871.88 | | 19,053.11 | FA |
| 10. NON PUBLICLY TRADED STOCK/INTERESTS<br>CARRICK BRAIN CENTERS OF ATLANTA, LLC | Unknown | 0.00 | | 0.00 | FA |
| 11. NON PUBLICLY TRADED STOCK/INTERESTS<br>CARRICK BRAIN CENTERS OF NORTH TEXAS, LLC | Unknown | 0.00 | | 0.00 | FA |
| 12. OTHER INVENTORY/SUPPLIES - NUTRITIONAL/MEDICAL SUP | 6,044.68 | 6,044.68 | | 6,044.68 | FA |
| 13. OFFICE EQUIPMENT<br>MEDICAL SUPPLIES, TECH SUPPLIES, AND OFFICE SUPPLIES<br>(SEE ATTACHED BOOK VALUE INVENTORY FOR REFERENCE) | 300,000.00 | 300,000.00 | | 421,354.14 | FA |
| 14. RENTAL SPACE - 11511 LUNA RD, STE 110, 120 & 185<br>RENT PER MONTH IS $28,125.43 | Unknown | 0.00 | | 0.00 | FA |
| 15. PATENTS, COPYRIGHTS, TRADEMARKS & TRADE SECRETS<br>U.S. PATENT NO. 6,800,062 - NET BOOK VALUE OF DEBTOR'S<br>INTEREST = $1,000,000.00<br>U.S. PATENT NO. 7,559,766 - NET BOOK VALUE OF DEBTOR'S<br>INTEREST = $1,500,000.00 | Unknown | 0.00 | | 70,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 18-31240  HDH  Judge: HARLIN D. HALE |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/04/18 (f) |
| 341(a) Meeting Date: | 05/08/18 |
| Claims Bar Date: | 08/14/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 16. INTERNET DOMAN NAMES/WEBSITES<br>WWW.CEREBRUM.COM | 212,080.00 | 212,080.00 | | 0.00 | FA |
| 17. CUSTOMER/PATIENT LISTS | Unknown | 0.00 | | 0.00 | FA |
| 18. GOODWILL | Unknown | 0.00 | | 0.00 | FA |
| 19. NOTES RECEIVABLE | 14,334.11 | 14,334.11 | | 0.00 | FA |
| LOP ACCOUNTS RECEIVABLE $35,835.28 – UNCOLLECTIBLE<br>$21,501.17 = $14,334.11 | | | | | |
| 20. POSTAGE REFUND - STAMPS.COM (u) | 0.00 | 4.25 | | 4.25 | FA |
| 21. FEE FOR MEDICAL RECORDS (u) | 0.00 | 520.00 | | 1,815.00 | FA |
| 22. REAL PROPERTY | 0.00 | 0.00 | | 0.00 | FA |
| 23. MISCELLANEOUS REFUNDS/DIVIDENDS (u) | 0.00 | 23.44 | | 23.44 | FA |
| 24. PREFERENCE SETTLEMENT (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| PREFERENCE SETTLEMENT WITH PEGASUS LOGISTICS<br>GROUP | | | | | |
| 25. THE HARTFORD - DIVIDEND PAYOUT (u) | 0.00 | 46.75 | | 46.75 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $881,353.96 | $981,948.40 | $631,019.82 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED 05/21/2020.

Initial Projected Date of Final Report (TFR): 05/01/19      Current Projected Date of Final Report (TFR): 03/01/20

**FORM 2**

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-31240 -HDH

Case Name: BRAIN SYNERGY INSTITUTE, LLC

Trustee Name: DANIEL J. SHERMAN, TRUSTEE

Bank Name: UNION BANK

Account Number / CD #: *******2663  Checking Account (Non-Interest Earn

Taxpayer ID No: *******3423

For Period Ending: 12/07/20

Blanket Bond (per case limit):

Separate Bond (if applicable): $   490,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/18 | 8 | Aetna Life Insurance Company | A/R | 1121-000 | 755.42 | | 755.42 |
| | | Kinross Gold USA, Inc. | | | | | |
| 04/16/18 | 8 | UnitedHealthcare Insurance Company | A/R | 1121-000 | 57.42 | | 812.84 |
| 04/16/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 251.32 | | 1,064.16 |
| 04/16/18 | 8, 9 | BlueCross BlueShield of Texas | A/R | 1121-000 | 2,060.34 | | 3,124.50 |
| 04/16/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 3,242.49 | | 6,366.99 |
| 04/26/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 538.03 | | 6,905.02 |
| 04/26/18 | 8 | BlueCross BlueShield | A/R | 1121-000 | 24.41 | | 6,929.43 |
| 04/26/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 260.02 | | 7,189.45 |
| 04/26/18 | 8 | Aetna Life Insurance Company | A/R | 1121-000 | 755.63 | | 7,945.08 |
| 04/26/18 | 9 | United HealthCare Services, Inc. | A/R | 1121-000 | 1,695.92 | | 9,641.00 |
| 05/02/18 | 1, 2 | JP Morgan Chase Bank | FUNDS ON HAND IN BANK | 1129-000 | 1,687.98 | | 11,328.98 |
| 05/09/18 | 100001 | THE HARTFORD | POLICY NO. 46-SBARQ6147 | 2690-000 | | 1,826.50 | 9,502.48 |
| | | | Paid per order entered 05/09/2018 | | | | |
| 05/14/18 | 5 | OrchestrateHR, Inc. | refund of health insurance premium | 1129-000 | 2,810.38 | | 12,312.86 |
| 05/14/18 | 9 | Kastl Law, PC | A/R | 1121-000 | 9,436.95 | | 21,749.81 |
| 05/14/18 | 9 | Law Firm of Aaron A Herbert, PC | A/R | 1121-000 | 3,110.03 | | 24,859.84 |
| 05/14/18 | 9 | United HealthCare Services, Inc. | A/R | 1121-000 | 80.08 | | 24,939.92 |
| 05/14/18 | 8 | Kinross Gold USA, Inc. | A/R | 1121-000 | 104.08 | | 25,044.00 |
| 05/14/18 | 20 | Stamps.com | POSTAGE REFUND | 1290-000 | 4.25 | | 25,048.25 |
| 05/14/18 | 21 | Paul Colley, Jr. PC d/b/a/ | MEDICAL RECORDS - RYAN NACOL | 1290-000 | 40.00 | | 25,088.25 |
| | | Colley & Colley, LLP | | | | | |
| 05/14/18 | 21 | Gingrass, Cates & Wachs, LLP | MEDICAL RECORDS - SOPHIA MAUTZ | 1290-000 | 40.00 | | 25,128.25 |
| 05/14/18 | 21 | Elias & Hjelm, PC | MEDICAL RECORDS - JOE DICKENSON | 1290-000 | 40.00 | | 25,168.25 |
| 05/14/18 | 21 | McAngus Goudelock & Courie LLC | MEDICAL RECORDS - M POTVIN | 1290-000 | 40.00 | | 25,208.25 |
| 05/14/18 | 21 | Eberstein & Witherite, LLP | MEDICAL RECORDS - ERICK CLAIBORNE | 1290-000 | 40.00 | | 25,248.25 |
| 05/14/18 | 21 | Vanessa B Cantley LLC | MEDICAL RECORDS - CAROLINE BOARDMAN | 1290-000 | 40.00 | | 25,288.25 |
| 05/14/18 | 21 | Vanessa B Cantley LLC | MEDICAL RECORDS - KEITH UNGER | 1290-000 | 40.00 | | 25,328.25 |

Page Subtotals          27,154.75          1,826.50

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 18-31240 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2663  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3423 | | |
| For Period Ending: | 12/07/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/14/18 | 21 | ReleasePoint | MEDICAL RECORDS - 3878124 | 1290-000 | 40.00 | | 25,368.25 |
| 05/17/18 | 21 | Van Wey Law, PLLC | MEDICAL RECORDS - BRYANT | 1290-000 | 40.00 | | 25,408.25 |
| 05/21/18 | 21 | Law & Order Record Retrieval | medical records - C. Nelan Jr. | 1290-000 | 40.00 | | 25,448.25 |
| | | P.O.Box 461745 | | | | | |
| | | San Antonio, Tx78246 | | | | | |
| 05/21/18 | 21 | The Barber Law Firm, P.C. | medical records - Susan Seibert | 1290-000 | 40.00 | | 25,488.25 |
| | | 1751 W. Plano Pkwy | | | | | |
| | | Plano, Texas 75075 | | | | | |
| 05/21/18 | 1 | Chase Bank | funds on hand in bank account | 1129-000 | 1.00 | | 25,489.25 |
| 05/23/18 | 21 | Caron,Colven, Robison & Schafton, PS | medical records - Heidi Morgan | 1290-000 | 40.00 | | 25,529.25 |
| 05/23/18 | 21 | Hamilton Law Firm, PLC | medical records - Edward Whissen | 1290-000 | 40.00 | | 25,569.25 |
| 05/25/18 | 21 | Records Solutions dba Lexitas | MED RECORDS - ANGELIQUE FERGUSON | 1290-000 | 40.00 | | 25,609.25 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 25,594.25 |
| 05/31/18 | 21 | Law Office of Julie Johnson, PLLC | medical records - Kristina Espinoza | 1290-000 | 40.00 | | 25,634.25 |
| 06/05/18 | 21 | Steven Leibel, PC | medical records - Kay L Bird | 1290-000 | 40.00 | | 25,674.25 |
| 06/07/18 | 12, 13 | Rosen Systems, Inc. | AUCTION PROCEEDS | 1129-000 | 427,398.82 | | 453,073.07 |
| 06/11/18 | 21 | Allstar Legal Support Services | medical records Shahla Assadi | 1290-000 | 40.00 | | 453,113.07 |
| 06/11/18 | 21 | Robert B. Lambeth Jr. | medical records - Jennifer Barrick | 1290-000 | 40.00 | | 453,153.07 |
| 06/11/18 | 8 | United HealthCare Services, Inc. | A/R | 1121-000 | 225.52 | | 453,378.59 |
| 06/12/18 | 15 | Anida Technologies, LP | royalty payment for use of patent | 1129-000 | 5,000.00 | | 458,378.59 |
| 06/18/18 | 100002 | International Sureties, Ltd. | NEW BOND PREMIUM | 2300-000 | | 920.00 | 457,458.59 |
| | | 701 Poydras Street | BOND #016215798 | | | | |
| | | Suite 420 | 06/07/2018 THROUGH 06/07/2019 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 06/21/18 | 9 | United HealthCare Services, Inc. | A/R | 1121-000 | 183.42 | | 457,642.01 |
| 06/25/18 | 21 | Jenkins & Jenkins P.C. | medical records - Nohemi Ramirez | 1290-000 | 40.00 | | 457,682.01 |
| 06/25/18 | 9 | United HealthCare Services, Inc. | A/R | 1121-000 | 172.47 | | 457,854.48 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 27.01 | 457,827.47 |
| 06/27/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 50.00 | | 457,877.47 |

Page Subtotals     433,511.23     962.01

Ver: 22.02g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 18-31240 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2663 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3423 | | |
| For Period Ending: | 12/07/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/18 | 100003 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX 75234-6122 | INVOICE 705 FOR APRIL | 3991-320 | | 2,476.39 | 455,401.08 |
| 06/27/18 | 100004 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX 75234-6122 | INVOICE NO. 709 FOR MAY | 3991-320 | | 6,064.01 | 449,337.07 |
| 07/16/18 | 100005 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX 75234-6122 | INVOICE NO. 725 SERVICE FOR JUNE 2018 | 3991-320 | | 842.39 | 448,494.68 |
| 07/18/18 | 21 | Hamilton Wingo, LLP | medical records - T Collin HamptonK | 1290-000 | 40.00 | | 448,534.68 |
| 07/18/18 | 21 | Hamilton Wingo, LLP | medical records - Delicia HamptonKe | 1290-000 | 40.00 | | 448,574.68 |
| 07/18/18 | 21 | Hamilton Wingo, LLP | medical records - Trevor HamptonKel | 1290-000 | 40.00 | | 448,614.68 |
| 07/19/18 | 21 | The Sam Bernstein Law Firm | medical records Joseph Arcome | 1290-000 | 40.00 | | 448,654.68 |
| 07/19/18 | 21 | Eberstein & Witherite, LLP | medical records Karla Geter | 1290-000 | 40.00 | | 448,694.68 |
| 07/23/18 | 21 | Nemeroff Law Offices, LTD | medical records - Nancy Morehouse | 1290-000 | 40.00 | | 448,734.68 |
| 07/23/18 | 21 | Second Image National | medical records - Kimberly Guest | 1290-000 | 40.00 | | 448,774.68 |
| 07/25/18 | 21 | Law & Order Record Retrieval | medical records - Marla Craig | 1290-000 | 20.00 | | 448,794.68 |
| 07/25/18 | 21 | Law & Order Record Retrieval | medical records - M. Craig | 1290-000 | 20.00 | | 448,814.68 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 511.98 | 448,302.70 |
| 07/30/18 | 21 | Frenkel & Frenkel, LLP | medical records - Anthony Scott | 1290-000 | 40.00 | | 448,342.70 |
| 07/30/18 | | The Hartford | REFUND OF INS PAID | 2690-000 | | -1,682.00 | 450,024.70 |
| 08/13/18 | | Seidman Margulis & Fairman LLP | medical records - Semeli Yousif | 1290-000 | 40.00 | | 450,064.70 |
| 08/20/18 | 21 | The Mathis Law Firm, PLLC | medical records - denise morris | 1290-000 | 40.00 | | 450,104.70 |
| 08/21/18 | 15 | Morgan Stanley for West Texas PCS LLC | purchase of patents Bank Serial #: 0 | 1129-000 | 65,000.00 | | 515,104.70 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 667.64 | 514,437.06 |
| 08/28/18 | 100006 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX 75234-6122 | ADMINISTRATIVE CLAIM FOR POST PETITION MEDICAL RECORDS AND CUSTODIAL SERVICES AND TRANSFER OF | 2690-000 | | 10,943.86 | 503,493.20 |

| | Page Subtotals | 65,440.00 | 19,824.27 |

Ver: 22.02g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 18-31240 -HDH | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2663  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3423 | | | |
| For Period Ending: | 12/07/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $    490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PATIENT RECORDS PAID PER ORDER ENTERED 08/16/2018 [DOCKET #92] | | | | |
| 08/29/18 | 100007 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX  75234-6122 | INVOICE 746 FOR JULY | 3991-320 | | 786.70 | 502,706.50 |
| 08/29/18 | 100008 | MEDICAL ACCOUNT SOLUTIONS 2500 Pepperwood Street, Apt 140 Farmers Branch, TX  75234-6122 | INVOICE NO. 759 FOR JULY | 2690-000 | | 190.00 | 502,516.50 |
| 08/29/18 | 100009 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA  70139 | BOND #016215798 INCREASE | 2300-000 | | 95.00 | 502,421.50 |
| 09/11/18 | 21 | Keais Records Service LLC | MEDICAL RECORDS - LINDLEY CLINTON | 1290-000 | 40.00 | | 502,461.50 |
| 09/14/18 | 100010 | ROSEN SYSTEMS, INC. 2323 LANGFORD ST. DALLAS, TEXAS  75208 | AUCTIONEER EXPENSES PAID PER ORDER ENTERED 09/04/2018 | 3620-000 | | 8,612.02 | 493,849.48 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 703.04 | 493,146.44 |
| 10/01/18 | 23 | The Hartford | REFUND/DIVIDEND WC INS | 1290-000 | 23.44 | | 493,169.88 |
| 10/09/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 493,169.88 | 0.00 |

| | | Page Subtotals | 63.44 | 503,556.64 |
|---|---|---|---|---|

Ver: 22.02g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

Case No:   18-31240 -HDH
Case Name:   BRAIN SYNERGY INSTITUTE, LLC

Taxpayer ID No:   *******3423
For Period Ending:   12/07/20

Trustee Name:   DANIEL J. SHERMAN, TRUSTEE
Bank Name:   UNION BANK
Account Number / CD #:   *******2663  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):
Separate Bond (if applicable):   $   490,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 526,169.42 | 526,169.42 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 493,169.88 | |
| | | | Subtotal | | 526,169.42 | 32,999.54 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 526,169.42 | 32,999.54 | |

Page Subtotals   0.00   0.00

Ver: 22.02g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-31240 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0295  Checking Account |
| Taxpayer ID No: | *******3423 | | |
| For Period Ending: | 12/07/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 493,169.88 | | 493,169.88 |
| 10/10/18 | 21 | Held & Hines LLP re G. Sansone | fee for medical records | 1290-000 | 40.00 | | 493,209.88 |
| 10/15/18 | 21 | Compex | medical records - Nancy Morehouse | 1290-000 | 55.00 | | 493,264.88 |
| 10/16/18 | 21 | National Record Retrieval | medical records request - K Bird | 1290-000 | 40.00 | | 493,304.88 |
| 10/16/18 | 9 | Law Office of Sean Chalaki & Assoc | A/R | 1121-000 | 500.00 | | 493,804.88 |
| 10/17/18 | 21 | Chasan Lamparello Malloon & Cappuzzo, PC | medical records for Nancy Norton | 1290-000 | 40.00 | | 493,844.88 |
| 11/05/18 | 21 | Choice Legal, Inc. | medical records - Tyler Copeland | 1290-000 | 40.00 | | 493,884.88 |
| 11/05/18 | 21 | Compex | medical records - m. yavarikhah | 1290-000 | 40.00 | | 493,924.88 |
| 11/05/18 | 21 | Kastl Law, PC | medical records - JB Harrington | 1290-000 | 40.00 | | 493,964.88 |
| 11/05/18 | 21 | Record Copy Services | medical records - C. Taglienti | 1290-000 | 40.00 | | 494,004.88 |
| 11/05/18 | 21 | Charles L. Hoedebeck, PC | medical records - Bergenholtz | 1290-000 | 40.00 | | 494,044.88 |
| 11/07/18 | 002001 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE NO. 777 (PARTIAL) AUGUST, 2018 | 3991-320 | | 585.23 | 493,459.65 |
| 11/07/18 | 002002 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE 785 - SEPTEMBER (PARTIAL) | 3991-320 | | 585.23 | 492,874.42 |
| 11/08/18 | 002003 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | OCTOBER INVOICE 804 (PARTIAL) | 3991-320 | | 785.23 | 492,089.19 |
| 11/13/18 | 9 | Blue Cross Blue Shield | A/R | 1121-000 | 47.41 | | 492,136.60 |
| 11/13/18 | 21 | Ostovich & Associates, PC | medical records for Lauren Nichols | 1290-000 | 40.00 | | 492,176.60 |
| 11/13/18 | 21 | The Toronto-Dominion Bank | medical records for Tom Whalen | 1290-000 | 40.00 | | 492,216.60 |
| 11/19/18 | 9 | Health Care Service Corporation | A/R | 1121-000 | 23.95 | | 492,240.55 |
| 11/19/18 | 21 | Quest Records & Reporting | medical records - shaddai harris | 1290-000 | 40.00 | | 492,280.55 |
| 11/20/18 | 9 | Commonwealth of Virginia | A/R | 1121-000 | 15.00 | | 492,295.55 |
| 11/20/18 | 24 | Pegasus Logistics Group | PREFERENCE SETTLEMENT | 1241-000 | 100,000.00 | | 592,295.55 |
| 12/03/18 | 21 | Hamilton Law Firm, PLLC | Medical records - Vicky Pierce | 1290-000 | 40.00 | | 592,335.55 |

| | | | Page Subtotals | | 594,291.24 | 1,955.69 | |

Ver: 22.02g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 18-31240 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0295  Checking Account |
| Taxpayer ID No: | *******3423 | | |
| For Period Ending: | 12/07/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 50.00 | | 592,385.55 |
| 12/04/18 | 002004 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA  70139 | Increase Bond #16215798 06/07/2018 through 06/07/2019 | 2300-000 | | 87.00 | 592,298.55 |
| 12/07/18 | 8 | Healthcare Service Corp | A/R | 1121-000 | 47.90 | | 592,346.45 |
| 12/11/18 | 002005 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | PAID PER ORDER ENTERED 12/8/18 BALANCE DUE ON INVOICE NOS. 747, 765, 777, 778,785, 786, 804 AND 805 | 3991-320 | | 5,751.14 | 586,595.31 |
| 12/14/18 | 002006 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE NO. 824 | 3991-320 | | 602.21 | 585,993.10 |
| 12/17/18 | 25 | The Hartford | DIVIDEND PAYOUT | 1290-000 | 46.75 | | 586,039.85 |
| 12/17/18 | 9 | Health Care Service Corporation | A/R | 1121-000 | 71.85 | | 586,111.70 |
| 12/17/18 | 9 | BlueCross BlueShield of Texas | A/R | 1121-000 | 36.48 | | 586,148.18 |
| 12/27/18 | 8 | BlueCross BlueShield of Texas | A/R | 1121-000 | 12.16 | | 586,160.34 |
| 12/31/18 | 9 | BlueCross BlueShield of Texas | A.R | 1121-000 | 30.72 | | 586,191.06 |
| 01/02/19 | 9 | Gingras, Cates & Wachs, LLP | A/R | 1121-000 | 2,265.00 | | 588,456.06 |
| 01/09/19 | 002007 | MEDICAL ACCOUNT SOLUTIONS 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE NO. 844 FOR DECEMBER 2018 | 3991-320 | | 691.47 | 587,764.59 |
| 01/28/19 | 8 | United States Treasury | A/R | 1121-000 | 261.64 | | 588,026.23 |
| 02/05/19 | 9 | BlueCross BlueShield | A/R | 1121-000 | 12.16 | | 588,038.39 |
| 02/08/19 | 002008 | RESOURCE MANAGEMENT GROUP, LLC dba Medical Account Solutions 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE NO. 858 - JAN. 2019 | | | 1,594.30 | 586,444.09 |
| | | | Fees                932.16 | 3991-320 | | | |
| | | | Expenses          662.14 | 3992-330 | | | |

| | | | | Page Subtotals | 2,834.66 | 8,726.12 | |

Ver: 22.02g

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-31240 -HDH |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC |
| Taxpayer ID No: | *******3423 |
| For Period Ending: | 12/07/20 |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0295  Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/04/19 | 9 | BlueCross BlueShield of Texas | A/R | 1121-000 | 12.16 | | 586,456.25 |
| 03/13/19 | 21 | Folks and Associates | medical records - Shalonda Reaves | 1290-000 | 40.00 | | 586,496.25 |
| 03/14/19 | 8 | US Treasury | A/R | 1121-000 | 320.20 | | 586,816.45 |
| 04/05/19 | 002009 | RESOURCE MANAGEMENT GROUP, LLC dba Medical Account Solutions 3740 Summersville Lane Fort Worth, TX  76244-5702 | INVOICE NO. 888 MARCH, 2019 | | | 39.92 | 586,776.53 |
| | | | Fees          36.88 | 3991-320 | | | |
| | | | Expenses        3.04 | 3992-330 | | | |
| 04/16/19 | 002010 | MCGUIRE, CRADDOCK & STROTHER, P.C. 2501 N. Harwood Suite 1800 Dallas, TX  75201 | ATTORNEY FOR TRUSTEE FEES PAID PER ORDER ENTERED 04/15/2019 | 3210-000 | | 97,741.50 | 489,035.03 |
| 04/16/19 | 002011 | MCGUIRE, CRADDOCK & STROTHER, P.C. 2501 N. Harwood Suite 1800 Dallas, TX  75201 | ATTORNEY FOR TRUSTEE EXPENSES PAID PER ORDER ENTERED 04/15/2019 | 3220-000 | | 2,795.57 | 486,239.46 |
| 06/11/19 | 002012 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA  70139 | BOND #016215798 RENEWAL 06/07/19 THROUGH 06/07/2020 | 2300-000 | | 979.00 | 485,260.46 |
| 08/08/19 | 002013 | JOSHUA L. FLOWERS c/o Russell W. Mills Bell Nunnally & Martin, LLP 2323 Ross Avenue, Suite 1900 Dallas, TX  75201 | SETTLEMENT OF CLAIMS PAID PURSUANT TO ORDER ENTERED 07/22/2019 | 2690-000 | | 115,000.00 | 370,260.46 |
| 08/19/19 | 9 | BlueCross BlueShield of Texas | A/R | 1121-000 | 24.52 | | 370,284.98 |
| 09/10/19 | 002014 | RESOURCE MANAGEMENT GROUP, LLC dba Medical Account Solutions 3740 Summersville Lane | INVOICE NO. 972 | 3991-320 | | 10.62 | 370,274.36 |

|  | | | Page Subtotals | | 396.88 | 216,566.61 | |

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 18-31240 -HDH | |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0295  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******3423 |
| For Period Ending: | 12/07/20 |

| | |
|---|---|
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Fort Worth, TX  76244-5702 | | | | | |
| 09/16/19 | 9 | Reynolds & Reynolds, PLLC | A/R | 1121-000 | 497.50 | | 370,771.86 |
| 10/03/19 | 002015 | RESOURCE MANAGEMENT GROUP, LLC | INVOICE NO. 985 | 3991-320 | | 215.42 | 370,556.44 |
| | | dba Medical Account Solutions | | | | | |
| | | 3740 Summersville Lane | | | | | |
| | | Fort Worth, TX  76244-5702 | | | | | |
| * 05/21/20 | 002016 | GEORGE ADAMS AND COMPANY  INS. AGY. LLC | 6 MONTH BOND PREMIUM No. 7901031345 | 2300-003 | | 281.00 | 370,275.44 |
| | | 4501 Cartwright Road, Suite 402 | | | | | |
| | | Missouri City, TX  77459 | | | | | |
| * 05/21/20 | 002016 | GEORGE ADAMS AND COMPANY  INS. AGY. LLC | 6 MONTH BOND PREMIUM wrong amount | 2300-003 | | -281.00 | 370,556.44 |
| | | 4501 Cartwright Road, Suite 402 | | | | | |
| | | Missouri City, TX  77459 | | | | | |
| 05/21/20 | 002017 | GEORGE ADAMS AND COMPANY  INS. AGY. LLC | 6 MONTH BOND PREMIUM No. 7901031345 | 2300-000 | | 218.00 | 370,338.44 |
| | | 4501 Cartwright Road, Suite 402 | | | | | |
| | | Missouri City, TX  77459 | | | | | |
| 08/17/20 | 002018 | DANIEL J. SHERMAN, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 34,800.99 | 335,537.45 |
| | | 509 NORTH MONTCLAIR AVENUE | | | | | |
| | | DALLAS, TX  75208 | | | | | |
| 08/17/20 | 002019 | DANIEL J. SHERMAN, TRUSTEE | Chapter 7 Expenses | 2200-000 | | 2,386.90 | 333,150.55 |
| | | 509 NORTH MONTCLAIR AVENUE | | | | | |
| | | DALLAS, TX  75208 | | | | | |
| 08/17/20 | 002020 | SHELDON E. LEVY, CPA | Claim ACCT EXPS, Payment 100.00000% ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 96.75 | 333,053.80 |
| | | 6320 SOUTHWEST BLVD., SUITE 204 | | | | | |
| | | FORT WORTH, TX  76109 | | | | | |
| 08/17/20 | 002021 | SHELDON E. LEVY, CPA | Claim ACCT FEES, Payment 100.00000% ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 6,490.00 | 326,563.80 |
| | | 6320 SOUTHWEST BLVD., SUITE 204 | | | | | |
| | | FORT WORTH, TX  76109 | | | | | |

Page Subtotals   497.50   44,208.06

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

**FORM 2**

Page: 10

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 18-31240 -HDH |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC |
| Taxpayer ID No: | *******3423 |
| For Period Ending: | 12/07/20 |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0295  Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/20 | 002022 | SHERMAN & YAQUINTO<br>509 N. MONTCLAIR<br>DALLAS, TX 75208 | Claim ATTNY EXPS, Payment 100.00000%<br>ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 855.39 | 325,708.41 |
| 08/17/20 | 002023 | SHERMAN & YAQUINTO<br>509 N. MONTCLAIR<br>DALLAS, TX 75208 | Claim ATTNY FEES, Payment 100.00000%<br>ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 36,507.50 | 289,200.91 |
| 08/17/20 | 002024 | MCGUIRE, CRADDOCK & STROTHER, P.C.<br>2501 N. Harwood<br>Suite 1800<br>Dallas, TX  75201 | Claim FINALEXPS, Payment 100.00000% | 3220-000 | | 306.56 | 288,894.35 |
| 08/17/20 | 002025 | MCGUIRE, CRADDOCK & STROTHER, P.C.<br>2501 N. Harwood<br>Suite 1800<br>Dallas, TX  75201 | Claim FINALFEES, Payment 100.00000% | 3210-000 | | 25,733.00 | 263,161.35 |
| 08/17/20 | 002026 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | Claim 000002, Payment 100.00000% | 4800-000 | | 1,006.70 | 262,154.65 |
| 08/17/20 | 002027 | Irving ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | Claim 000003, Payment 100.00000% | 4800-000 | | 1,524.52 | 260,630.13 |
| 08/17/20 | 002028 | Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border St Suite 640<br>Arlington, TX 76010 | Claim 000018, Payment 100.00000% | 4800-000 | | 1,095.44 | 259,534.69 |
| 08/17/20 | 002029 | RESOURCE MANAGEMENT GROUP, LLC<br>dba Medical Account Solutions | Claim 000008A, Payment 100.00000% | 5300-000 | | 12,850.00 | 246,684.69 |

| | | | | Page Subtotals | 0.00 | 79,879.11 | |

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  11

Exhibit 9

Case No:          18-31240 -HDH

Case Name:    BRAIN SYNERGY INSTITUTE, LLC

Taxpayer ID No:  *******3423

For Period Ending:  12/07/20

Trustee Name:          DANIEL J. SHERMAN, TRUSTEE

Bank Name:          Axos Bank

Account Number / CD #:    *******0295  Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable):    $    490,000.00

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/17/20 | 002030 | 3740 Summersville Lane<br>Fort Worth, TX  76244-5702<br>Perpetuum Health, PLLC<br>Attn: Ravi B. Patel, MD<br>5080 Spectrum Drive, Suite 1000E<br>Addison, Texas 75001-4648 | Claim 000012A, Payment 100.00000% | 5300-000 | | 12,850.00 | 233,834.69 |
| 08/17/20 | 002031 | Spectrum Business/Time Warner Cable<br>PO Box 60074<br>City of Industry, California 91716-0074 | Claim 000001, Payment 13.10316%<br>(1-1) Account Number (last 4<br>digits):9296 | 7100-000 | | 40.38 | 233,794.31 |
| 08/17/20 | 002032 | Montgomery Coscia Greilich LLP<br>2500 Dallas Parkway, Suite 300<br>Dallas, Texas 75093 | Claim 000004, Payment 13.10252%<br>(4-1) Account Number (last 4<br>digits):PEG0 | 7100-000 | | 3,934.01 | 229,860.30 |
| 08/17/20 | 002033 | Heygood Orr & Pearson<br>6363 N. State Hwy 161, Suite 450<br>Irving, Texas 75038 | Claim 000005, Payment 13.10243%<br>(5-1) Account Number (last 4<br>digits):0441 | 7100-000 | | 323.63 | 229,536.67 |
| 08/17/20 | 002034 | Altep, Inc.<br>7450 Kemeon Circle<br>El Paso, Texas 79912 | Claim 000006, Payment 13.10249% | 7100-000 | | 1,899.50 | 227,637.17 |
| 08/17/20 | 002035 | Farrow-Gillespie & Heath, LLP<br>1700 Pacific Avenue, Suite 3700<br>Dallas, Texas 75201 | Claim 000007, Payment 13.10252% | 7100-000 | | 4,108.23 | 223,528.94 |
| 08/17/20 | 002036 | RESOURCE MANAGEMENT GROUP, LLC<br>dba Medical Account Solutions<br>3740 Summersville Lane<br>Fort Worth, TX  76244-5702 | Claim 000008B, Payment 13.10247% | 7100-000 | | 955.17 | 222,573.77 |
| 08/17/20 | 002037 | Louis Paletta<br>1122 Post Oak Plaza<br>Westlake, Texas 76262 | Claim 000009, Payment 13.10252% | 7100-000 | | 71,598.70 | 150,975.07 |
| 08/17/20 | 002038 | Holland & Hart, LLP<br>P.O. Box 8749 | Claim 000010, Payment 13.10251% | 7100-000 | | 7,047.57 | 143,927.50 |

Page Subtotals          0.00          102,757.19

Ver: 22.02g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  12

Exhibit 9

| Case No: | 18-31240 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0295  Checking Account |
| Taxpayer ID No: | *******3423 | | |
| For Period Ending: | 12/07/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Denver, CO 80201-8749 | | | | | |
| 08/17/20 | 002039 | BSA Business Software Alliance, Inc.<br>420 Montgomery Street<br>San Francisco, California 94104 | Claim 000011, Payment 13.10250% | 7100-000 | | 2,358.45 | 141,569.05 |
| 08/17/20 | 002040 | Perpetuum Health, PLLC<br>Attn: Ravi B. Patel, MD<br>5080 Spectrum Drive, Suite 1000E<br>Addison, Texas 75001-4648 | Claim 000012B, Payment 13.10279% | 7100-000 | | 281.71 | 141,287.34 |
| 08/17/20 | 002041 | Logix Communications<br>2950 N LOOP WEST 8TH FLOOR<br>HOUSTON, TX 77092 | Claim 000013, Payment 13.10248%<br>(13-1) Account Number (last 4<br>digits):1051 | 7100-000 | | 1,269.97 | 140,017.37 |
| * 08/17/20 | 002042 | Lexington Lion Farmers Branch L.P.<br>attn Chris Delzell, Vice President<br>12400 Coit Road, suite 970<br>Dallas, Texas 75251 | Claim 000014, Payment 13.10252% | 7100-004 | | 47,645.85 | 92,371.52 |
| 08/17/20 | 002043 | Reese Marketos LLP<br>750 N. Saint Paul Street, Suite 600<br>Dallas, TX 75201 | Claim 000016, Payment 13.10253%<br>(16-1) legal services performed | 7100-000 | | 3,243.96 | 89,127.56 |
| 08/17/20 | 002044 | Kenneth C. Beam<br>c/o Michelle E. Shriro<br>Singer & Levick, PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001 | Claim 000017, Payment 13.10252%<br>(17-1) Money Loaned | 7100-000 | | 89,127.56 | 0.00 |
| * 11/12/20 | 002042 | Lexington Lion Farmers Branch L.P.<br>attn Chris Delzell, Vice President<br>12400 Coit Road, suite 970<br>Dallas, Texas 75251 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -47,645.85 | 47,645.85 |
| 11/13/20 | 002045 | Lexington Lion Farmers Branch L.P.<br>c/o Joe Bonventre<br>Executive Vice Pres & General Counsel | Claim 000014, Payment 13.10252%<br>former address: attn Chris Delzell, Vice President<br>12400 Coit Road, suite 970 | 7100-000 | | 47,645.85 | 0.00 |

| | | | Page Subtotals | | 0.00 | 143,927.50 | |

Ver: 22.02g

FORM 2

Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 18-31240 -HDH |
| Case Name: | BRAIN SYNERGY INSTITUTE, LLC |
| | |
| Taxpayer ID No: | *******3423 |
| For Period Ending: | 12/07/20 |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0295  Checking Account |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $   490,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lexigton Realty Trust<br>One Penn Plaza, Suite 4015<br>New York, NY 10119-4015 | Dallas, Texas 75251 | | | | |

| | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 598,020.28 | 598,020.28 | 0.00 |
| | Less: Bank Transfers/CD's | | 493,169.88 | 0.00 | |
| | Subtotal | | 104,850.40 | 598,020.28 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 104,850.40 | 598,020.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2663 | 526,169.42 | 32,999.54 | 0.00 |
| Checking Account - *******0295 | 104,850.40 | 598,020.28 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 631,019.82 | 631,019.82 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 22.02g